# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TIMOTHY NELLIS, JANEL DRANES, AND LUCY SOUSA, on behalf of themselves and all other similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| VIVID SEATS LTD., an Illinois corporation, and VIVID SEATS LLC, a Delaware Corporation, | )<br>)<br>) |
| Defendants. | ) |

Case No. 1:20-cv-02486

Judge Robert M. Dow Jr.

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT VIVID SEATS LLC

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 of the United States District Court of the Northern District of Illinois, Defendant Vivid Seats LLC states that it is a privately-held limited liability company with no parent corporation and no publicly-held affiliates.[1]

Dated: June 5, 2020

Respectfully submitted,

/s/ *Mark S. Mester*
Mark S. Mester, one of the Attorneys for Defendant Vivid Seats LLC

Mark S. Mester (Illinois Bar No. 6196140)
Robert C. Collins III (Illinois Bar No. 6304674)
Dylan Glenn (Illinois Bar No. 6326952)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
robert.collins@lw.com
dylan.glenn@lw.com

---

[1] Plaintiffs have sued Vivid Seats LLC as well as "Vivid Seats LTD." See Compl. (Dkt. 1) ¶ 14. Vivid Seats LTD., however, was previously consolidated into Vivid Seats LLC in 2016 and does not exist.