# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TIMOTHY NELLIS, JANEL DRANES LUCY SOUSA, DAVID CASTILLO, and EDWARD CAMARENA on behalf of themselves and all other similarly situated, </br></br> Plaintiffs, </br></br> v. </br></br> VIVID SEATS LLC, a Delaware Corporation </br></br> Defendant. | Case No. 1:20-cv-02486 </br></br> Judge Robert M. Dow, Jr. |

## STEVE ELSTER'S REQUEST FOR BRIEFING SCHEDULE TO OPPOSE PRELIMINARY CERTIFICATION

NOW COMES Steve Elster, a putative member of the class of the instant action, and, by his attorneys, Glancy Prongay & Murray LLP and Lawrence Kamin, LLC, as and for his request for a briefing scheduled to oppose the motion for an order preliminarily approving the proposed settlement of this action and the dissemination of notice to the proposed class, states as follows:

1. Steve Elster is the lead plaintiff in a lawsuit filed in September 2020 and pending in the Contra Costa Superior Court against Vivid Seats LLC ("Vivid") seeking to enforce California's ticket buyer protection law (the "*Elster* Action"). A copy of the Complaint in the *Elster* Action is attached as Exhibit "A." (The case was only yesterday remanded back to the Superior Court after the United States District Court for the Northern District of California (Judge Chhabria) determined it had been improperly removed.)

2. The *Elster* Action sets forth a single cause of action seeking a "public injunction" on behalf of Vivid's California customers whose events were "postponed" or "rescheduled" so that those customers would have the legally mandated right to a refund if those customers chose one. Specifically, under California's Business & Professions Code section 22507 ("California Statute"): "The ticket price of any event which is canceled, postponed, or rescheduled shall be fully refunded to the purchaser by the ticket seller upon request."

3. The instant *Nellis* action, as originally filed and until only days ago, sought redress for customers whose Vivid events were "cancelled," but not for customers whose events were postponed or rescheduled, and not pursuant to the California Statute. Yet, on the same day the instant Motion for Preliminary Approval of Settlement was filed, a new, First Amended Complaint was filed purporting to set forth claims on behalf of customers who events were "postponed" or "rescheduled" and adding claims under California law – but notably NOT predicated on the ticket-holder protection law set forth in the California Statute asserted in the *Elster* Action.

4. Nevertheless, the proposed order on the Motion for Preliminary Approval of Settlement asks this Court to effectively enjoin Elster from continuing to prosecute his California-only lawsuit unless he opts out of the *Nellis* action (and thus loses his standing to object to it).

5. This is notable since Vivid contends that it is not a "seller" of tickets (despite setting forth the terms and conditions of sale). As explained to Vivid's counsel, even if Vivid were not a direct "seller" under the ticket-holder protection law, they are an aider and abettor of the violation of the law (setting the terms of sale and protecting the actual "seller" behind the customer-facing Vivid website). Vivid clearly wants to avoid this judicial reckoning. Thus, the proposed Settlement in *Nellis* would allow Vivid to evade the California consumer protection regime set forth in the California Statute, which provides ticket holders of "rescheduled" and "postponed" events an immediate right to a refund.

6. Moreover, based on *Elster* counsel's understanding of the proposed Settlement in the instant *Nellis* action, there is no actual benefit to the California ticket holders whose events have been "postponed" or "rescheduled" beyond what is already offered by Vivid.

7. Specifically, the Settlement Agreement provides cash for "cancelled" events while holders of tickets for "postponed" or "rescheduled" are told to do nothing until such time as the event might – in the future – be cancelled. Even then, there is no promise of cash for those ticket holders because the terms of the Settlement Agreement provide for the claims to be

2

aggregated on a date certain, and the money then distributed. Members of the *Elster* class may not be able to participate at all if their events have merely been indefinitely "postponed."

8. These supposed "benefits" to the holders of tickets for "postponed" or "rescheduled" events – only added to the *Nellis* case on March 11 – are not different than the benefits already offered by Vivid on its website – this includes the "110% credit." The current Vivid policies – taken from its website – is attached as Exhibit "B."

9. Accordingly, Elster seeks to vindicate California law providing immediate rights to refunds for holders of tickets for "postponed" and "rescheduled" events, and an the opportunity to file a more fulsome Objection to the Motion for Preliminary Approval.

WHEREFORE, Steve Elster respectfully requests that the Court set a briefing schedule on the pending Motion for Preliminary Approval of Settlement and continue hearing on the Motion until Elster has had an opportunity to submit his objection.

Respectfully submitted,

**LAWRENCE KAMIN, LLC**

By: */s/ Peter E. Cooper*
Peter E. Cooper
300 S. Wacker Drive, Suite 500
Chicago, IL 60606
Telephone: (312) 372-1947
Facsimile: (312) 372-2389
Email: pcooper@lawrencekaminlaw.com

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Kevin F. Ruf*
Kevin F. Ruf (*pro hac vice* admission requeste)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: kruf@glancylaw.com

*Attorneys for Plaintiff Steve Elster*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2021, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which will automatically send notification of filing to all counsel of record.

*/s/ Peter E. Cooper*
Peter E. Cooper

# EXHIBIT A

GLANCY PRONGAY & MURRAY LLP
Kevin F. Ruf (SBN 136901)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9150
Email: kruf@glancylaw.com

*Attorneys for Plaintiff Steve Elster*

FILED
SEP 29 2020
K. BIEKER CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA
By D. WAGNER

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF CONTRA COSTA

| | |
|---|---|
| STEVE ELSTER, an individual, and on behalf of all others similarly situated, <br><br> PLAINTIFF, <br><br> vs. <br><br> VIVID SEATS, INC., an Illinois Corporation; VIVID SEATS LLC, a Delaware Corporation, and DOES 1 to 10, Inclusive. <br><br> DEFENDANTS. | Case No. **C20-01959** <br><br> **PLAINTIFF STEVE ELSTER'S UCL COMPLAINT SEEKING PUBLIC INJUNCTION:** <br><br> 1. **UNFAIR BUSINESS PRACTICES IN VIOLATION OF BUSINESS AND PROFESSIONS CODE SECTION 17200,** *et seq.* <br><br> PER LOCAL RULE, THIS CASE IS ASSIGNED TO DEPT 39, FOR ALL PURPOSES. <br><br> SUMMONS ISSUED |

BY FAX
FIRST LEGAL
200 WEBSTER ST STE 201
OAKLAND, CA 94607
415-626-3111

COMPLAINT

## I. INTRODUCTION

1. Plaintiff STEVE ELSTER, by and through his counsel, brings this complaint against Defendants VIVID SEATS, Inc. and VIVID SEATS LLC (collectively "VIVID") to seek redress in the form of a public injunction against Defendants' illegal and unfair policy, to wit that tickets for rescheduled or postponed events are NOT subject to refund, regardless of whether a refund is requested by a California resident customer. This policy is illegal and unfair because such refund is required if requested, under Section 22507 of California's Business and Professions Code.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction over Plaintiff's claims on behalf of himself and other California residents because Plaintiff's lawsuit seeks a permanent injunction and the illegal and unfair conduct occurred in California. Furthermore, this Court has personal jurisdiction over Defendants because Defendants have purposefully availed themselves of the resources and protections of, conduct business in, and have systematic contacts with, California.

3. Venue is proper in the County of Contra Costa in accordance with section 395(a) of the California Code of Civil Procedure because the events, omissions, or injuries giving rise to Plaintiff's cause of action against Defendants occurred with the County of Contra Costa.

## III. PARTIES

4. Steve Elster ("Plaintiff") is an individual residing in Contra Costa, California. On or about August 21, 2019, Plaintiff and his wife purchased tickets to *Les Misérables*, through the VIVID website.

5. Plaintiff is informed and believes and thereon alleges that VIVID is one of the largest ticket sellers in California, with tens of millions of dollars in revenue from ticket sales to California residents. Plaintiff is informed and believes and thereon alleges that Defendant VIVID TICKETS, INC. is incorporated in Illinois. Plaintiff is informed and believes and thereon alleges that Defendant VIVID TICKETS LLC is incorporated in Delaware. Plaintiff also is informed and believes and thereon alleges that Defendants DOES 1-10 are, and at all times relevant hereto were, persons or entities acting on behalf of VIVID who violated or caused to be violated California law as set forth herein.

6. Plaintiff is unaware of the true names of Defendants DOES 1 through 10. Plaintiff sues said defendants by said fictitious names and will amend this Complaint when the true names and capacities are ascertained or when such facts pertaining to liability are ascertained, or as permitted by law or by the Court. Plaintiff is informed and believes that each of the fictitiously named defendants is in some manner responsible for the events and allegations set forth in this Complaint.

7. Plaintiff makes the allegations in this Complaint without any admission that, as to any particular allegation, Plaintiff bears the burden of pleading, proving, or persuading and Plaintiff reserve all of Plaintiff's right to plead in the alternative.

## IV. DESCRIPTION OF ILLEGAL PRACTICES

8. California law requires a seller of event tickets to provide a full refund to a requesting customer if the event is cancelled, postponed or rescheduled. Specifically, California Business & Professions Code section 22507 provides: "The ticket price of any event which is canceled, postponed, or rescheduled shall be fully refunded to the purchaser by the ticket seller upon request."

9. On or about August 20, 2019, Plaintiff and his wife purchased event tickets from VIVID. The tickets were for an April 25, 2020 performance of the musical *Les Misérables*, in San Jose, California. The email from Vivid confirming purchase of the tickets from VIVID is attached as Exhibit A.

10. On March 27, 2020, Plaintiff and his wife received an email from VIVID (specifically the "Vivid Seats Customer Service Team") stating that this event had been rescheduled to a date over a year later, June 19, 2021. In order to preempt providing Plaintiff and his wife a full refund for their event tickets as required under California law, VIVID instead illegally informed Plaintiff and his wife in this email that "if an event is postponed or rescheduled, and the original tickets are valid for entry at the time of the rescheduled event, your order will not qualify for a refund." The email is attached as Exhibit B.

11. Plaintiff is informed and believes and thereon alleges that VIVID's illegal policy denying refunds for California residents who purchased tickets for postponed or rescheduled events is categorical and has been applied to all of California VIVID customers.

COMPLAINT
2

# FIRST CAUSE OF ACTION

**UNFAIR BUSINESS PRACTICES IN VIOLATION OF
BUSINESS AND PROFESSIONS CODE SECTION 17200, *et seq.*
(Against All Defendants)**

12. Plaintiff incorporates all paragraphs as if fully alleged herein.

13. Plaintiff is a "person" as defined by Cal. Bus. & Prof. Code §17201.

14. Plaintiff violated the UCL by engaging in unlawful and unfair business acts and practices.

15. Defendants' unlawful business acts and practices include violating California Business & Professions Code section 22507 which provides: "The ticket price of any event which is canceled, postponed, or rescheduled shall be fully refunded to the purchaser by the ticket seller upon request."

16. Defendants' unfair business acts and practices include violating California Business & Professions Code section 22507 which provides: "The ticket price of any event which is canceled, postponed, or rescheduled shall be fully refunded to the purchaser by the ticket seller upon request." This conduct is substantially injurious to consumers, offends public policy, is immoral, unethical, oppressive, and unscrupulous as the gravity of the conduct any alleged benefit.

17. VIVID is a "ticket seller" within the meaning of Business & Professions code section 22507 and is not a "primary contractor" nor a "seller of tickets for the primary contractor operating under a written contract with the primary contractor" as defined in Business and Professions Code section 22503.5.

18. Despite the postponement or rescheduling of numerous events for which they sold tickets, Defendants contend – and have given direct notice to customers at the time of postponement or rescheduling as well as on VIVID's website and elsewhere -- that Plaintiff and other California residents are not entitled to full refunds. Indeed, Defendants have falsely informed Plaintiff and other California residents that no refunds will be given for rescheduled or postponed evens.

19. There is no adequate remedy under the law (as opposed to equity) providing for the public injunction Plaintiff seeks for Defendants' conduct.

20. The unlawful conduct of Defendants alleged herein constitutes unfair competition within the meaning of Business and Professions Code section 17200. This unfair conduct includes Defendants' use of illegal policies and procedures concerning events for which they sold tickets and which events were subsequently postponed or rescheduled.

21. As a result of Defendants' unlawful and unfair business acts and practices, Plaintiff and other California residents suffered injury in fact and lost money.

22. Plaintiff seeks all non-monetary relief allowed by law on his behalf and on behalf of all California residents, stemming from VIVID's unfair and unlawful business practices including declaratory relief; reasonable attorneys' fees and costs under California Code of Civil Procedure § 1021.5; injunctive relief; and other appropriate equitable relief.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF, ON HIS BEHALF AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRAYS AS FOLLOWS:

### ON THE FIRST CAUSE OF ACTION:

1. That the Defendants be found to have violated Business and Professions Code section 17200 for the conduct alleged herein;

    Plaintiff therefore seeks a public injunction pursuant to the California UCL:

    A. Enjoining VIVID from committing future violations of Business & Professions Code section 22705;

    B. Requiring VIVID to give individualized notice to all California residents who are VIVID customers holding tickets for events that have been postponed or cancelled, informing said customers of their rights to a full refund;

    C. Establishing an effective monitoring mechanism to ensure VIVID's continued compliance with the terms of this injunction.

2. For restitution to the full extent permitted by law; and,

3. For such and other further relief, in equity, as the Court deems just or appropriate.

4. Given the massive number of ticket sales VIVID makes to California residents, and the flagrant manner of VIVID's disregard of the important rights embodied in California's ticket

customer protection law (B&P code section 22705), the injunction sought herein will confer an important, wide-reaching and precedent-setting benefit upon the public -- which will not just resonate in this case but will send a message to other ticket sellers with similar policies toward California residents -- so that attorneys' fees and costs should be awarded in an amount to be proved under California code of Civil Procedure section 1021.5.

Dated: September 28, 2020

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: *[signature]*
Kevin F. Ruf
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 201-9150

*Attorneys for Plaintiff Steve Elster*

# EXHIBIT B

Search our customer support knowledgebase...

**VIVIDSEATS**    SPORTS   CONCERTS   THEATER

Customer Support Home / Using the Website / General Information

# Information regarding the coronavirus impact 🖨

Vivid Seats is closely monitoring the current global – and increasingly local – response arising from the declaration of coronavirus (COVID-19) as a global pandemic. The resulting national directives, and state and local government shutdown orders, and other events outside the control of private parties have obviously made it impossible to hold ticketed live events on scheduled dates. We have been monitoring these unprecedented legal and public health developments, as their consequences cascade through the ticketing and events business, and are adapting to rapidly changing business circumstances on a daily basis.

Here we provide a current status report for our Vivid Seats customers – and especially those who purchased tickets impacted by the COVID-19 shutdown and related postponements or in some cases, formal cancellations:

**Cancellations.**

- When an event cancels, we will always send you a notice via email with the applicable terms and options.  As terms and conditions may vary by state or event or over time, the specific terms and options available to you will be clearly explained in this email notice.  So, first and foremost, please look for (and look to) this email notice. This webpage explains our general policy and approach.
- If you have purchased tickets to an event that has been canceled by the event organizer, you will automatically receive a Rewards Cash loyalty credit for 110% of the full value of your order total, inclusive of base price, fees, delivery charges, less any sums already refunded.  This Rewards Cash is ready to be used right now through the Vivid Seats app towards purchasing tickets for any live event on Vivid Seats.
- In addition, through the "Vivid Seats Gives Back" program, for those who receive Rewards Cash loyalty credits, Vivid Seats will donate an extra 10% beyond your order total to support Vivid Cheers, Inc., a charitable organization whose mission is to support causes and organizations dedicated to healthcare, education, closing the digital divide and supporting workers in the live events industry during times of need. The availability of this program may vary by jurisdiction, so again, please refer to your email.
- If you wish to pursue a full cash refund, in lieu of the voucher option, you should contact our customer service team within 7 days of your receipt of your cancellation notice, or follow any alternative instructions stated in the cancellation email.  Timing or other aspects may vary by event, over time, or by jurisdiction, so please look to your email for the applicable, and most current, information.

**Postponements.**

- For postponed events, you will need to hold onto your tickets for now. If a customer's event has been postponed, the purchase will likely be valid for the new date, though every event may be different. There is no need to take any action, and our customer service team will contact customers directly once we have an update from event organizers.

Vivid Seats has an outstanding track record of providing excellent customer service, and we are committed to helping our customers during this time.

As always, we encourage customers to follow our Trust & Safety page for more information on protecting ticket purchases. We are dedicated to making sure every customer is satisfied.

See: Sales Terms

**Buyer FAQs**

**I purchased tickets to an event that has been canceled due to the coronavirus. What happens now?**

- You will receive notice via email if your event has been canceled.
- As terms and conditions may vary by state or event or over time, the specific terms and options available to you will be clearly explained in this email notice.  So, first and foremost, please look for (and look to) this email notice. This webpage explains our general policy and approach.
- If you have purchased tickets to an event that has been canceled by the event organizer you will automatically receive <u>a Rewards Cash loyalty credit for 110% of the full value of your order total</u>, inclusive of base price, fees, delivery charges, less any sums already refunded.
    1. This Rewards Cash is ready to be used right now through the Vivid Seats app towards purchasing tickets for any live event on Vivid Seats.
    2. In addition, through the "Vivid Seats Gives Back" program, for those receiving Rewards Cash loyalty credits, Vivid Seats will donate an extra 10% beyond your order total to support Vivid Cheers, Inc., a charitable organization whose mission is to support causes and organizations dedicated to healthcare, education, closing the digital divide and supporting workers in the live events industry during times of need. This program is not available in some states, so again, please consult your cancellation email.
    3. We fully recognize that fans have varying financial needs and circumstances of their own in these extraordinary times as well. If you wish to pursue a full cash refund, in lieu of the voucher option, unless we provide different timing via email, you should contact our customer service team within 7 days of your receipt of your cancellation notice, or as stated in your cancellation email.
    4. Please note: the large number of events being canceled has massively disrupted every aspect of the event ticketing business; in particular, normal financial arrangements with the box offices, venues, teams, and sellers have been dramatically  altered. Timing of refunds may vary by jurisdiction, by event, over time, and in response to rapidly changing business and legal circumstances.

**When will I receive my 110% Rewards Cash loyalty credit?**

- If your event was canceled, your Rewards Cash is available now and ready to be used through the Vivid Seats app towards purchasing tickets for any live event on Vivid Seats.

**How do I find out whether or not my event is canceled or postponed due to the coronavirus?**

- Events may be canceled by the team, venue, performer, or promoter. Ticket marketplaces like Vivid Seats do not control these decisions. Therefore, we recommend checking the venue and artist websites, event pages, and social media channels. Vivid Seats will email customers whose events are canceled or postponed.

**If I opt for a refund, when will I receive it?**

- The coronavirus pandemic and the related shutdown orders have massively disrupted every aspect of the event ticketing business, including refund processing for canceled events.  Normal financial arrangements with the box offices, venues, teams, and sellers have been dramatically altered. Timing of refunds may vary by jurisdiction, by event, over time, and in response to rapidly changing business and legal circumstances.

**What is Vivid Cheers?**

- Vivid Cheers is a charitable foundation that Vivid Seats has formed in order to support causes and organizations dedicated to healthcare, education, closing the digital divide and supporting workers in the live events industry during times of need.

**Do you still have questions?**
Email our customer service team at support@vividseats.com, and we'll get back to you!

---

**RELATED ARTICLES**

- Can I bring a camera, food, drinks, or lawn chair...
- Can I bring a camera, food, drinks, or lawn chair...
- What are listing disclosures and/or attributes?
- Are Mobile E-tickets, Email Delivery, and Instant ...
- Is my information secure? Does the seller have ...
- I'm bringing my small child with me to an event....
- Can I contact the seller to negotiate the price of...
- I am having trouble "accepting" my Electronic Tr...
- What if I'm running late to pick up my tickets an...
- How do I create a ticket listing in the mobile app?

---

**VIVIDSEATS**

A full-service national event ticket marketplace.
© 2019 Vivid Seats Ltd. All rights reserved.

