## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **TIMOTHY NELLIS, JANEL DRANES, LUCY SOUSA, DAVID CASTILLO AND EDWARD CAMARENA, on behalf of themselves and all other similarly situated,** | ) ) ) ) ) ) | |
| | ) | **Case No. 1:20-cv-02486** |
| Plaintiffs, | ) | |
| v. | ) ) | **Judge Robert M. Dow Jr.** |
| **VIVID SEATS LLC, a Delaware Corporation,** | ) ) ) | |
| Defendant. | ) | |

### DECLARATION OF BRITTANY M. CUDWORTH

I, BRITTANY M. CUDWORTH., declare, pursuant to 28 U.S.C § 1746, as follows:

1.      I am a Project Manager at Angeion Group ("Angeion").  Angeion is a legal administration services provider.  Angeion's business address is 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.  I submit this declaration in order to provide the Court and the parties to the above-captioned litigation (the "Action") with information regarding the provision of notice to the Settlement Class.[1]  I am over 21 years of age and am not a party to this Action.  I have personal knowledge of the facts stated herein, and if called upon to do so, I could and would testify competently thereto.

2.      Angeion is serving as the Settlement Administrator in the Action, as ordered by the Court in Paragraph 24 of its April 1, 2021 Order Granting Preliminarily Approval of Class Action Settlement (Dkt. 61) (the "Preliminary Approval Order").  This Declaration is submitted pursuant

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings defined in the Settlement Agreement and Release, dated February 22, 2021 (Dkt. 46-2) or the Joint Motion to Modify Schedule (Dkt. 66).

to Paragraph 25(g) of the Preliminary Approval Order to affirm Angeion's completion of the Notice Program.

## DIRECT NOTICE

3.      On or about April 10, 2021, Angeion received an electronic file from Defendant containing the names and addresses of Settlement Class Members (the "Class List"). After exact duplicates were removed, the Class List contained contact information and transactional data for 915,932 unique Settlement Class Members. Additionally, on July 30, 2021, Angeion received a supplemental electronic file (the "Supplemental Class List") containing the names and addresses of 27,244 unique Settlement Class Members that had not previously received Notice.

4.      After receiving both the Class List as well as the Supplemental Class List, Angeion caused the mailing address information for members of the Settlement Class to be updated utilizing the National Change of Address database.

### Mailed Notice

5.      Pursuant to Paragraph 25(a) of the Preliminary Approval Order, Angeion caused the Mailed Notice to be sent via United States Postal Service ("USPS") First-Class mail, postage prepaid to the individuals on the Class List, such that all 915,932 Mailed Notices were mailed on or before May 29, 2021. A copy of the Mailed Notice is attached hereto as **Exhibit A**.

6.      Pursuant to Paragraph 3 of the Court's July 15, 2021 Order (Dkt. 70), on August 12, 2021, Angeion caused a "Supplemental Mailed Notice" to be mailed to each of the 27,244 Settlement Class Members on the Supplemental Class List. A copy of the Supplemental Mailed Notice is attached hereto as **Exhibit B**.

7.      The Mailed Notice and Supplemental Mailed Notice informed Settlement Class Members of the proposed Settlement, advised them of their rights and options and directed them to the Settlement Website (www.TicketPurchaseSettlement.com) to obtain additional information

about the Settlement, including a link to downloadable formats of the Published Notice, the Published Notice as updated September 2, 2021,[2] the Claim Form and other relevant documents related to the Action. Copies of the Published Notice, Supplemental Published Notice as updated September 2, 2021 and the Claim Form are attached hereto as **Exhibits C, D and E**, respectively.

8.      As of October 6, 2021, Angeion has received 59,234 Mailed Notices returned by USPS as undeliverable. Angeion has, in turn, performed skip traces and has been able to re-mail 32,341 Mailed Notices for whom updated addresses were successfully found. As a result, Angeion has mailed a total of 975,517 Mailed Notices or Supplemental Mailed Notices to Settlement Class Members.

<strong>Emailed Notice</strong>

9.      On May 28, 2021, Angeion released individual Emailed Notice to the 907,523 eligible Settlement Class Members for whom valid and unique email addresses were provided to Angeion.

10.     Angeion utilizes industry best practices when designing and releasing emailed notices, paying attention to avoid common "red flags" that might otherwise cause an email to be identified as spam. For example, Angeion does not include attachments to emailed notices because many Internet Service Providers interpret attachments as spam. In addition, Angeion resends any emailed notices that are not initially delivered after a 24-hour rest period. A copy of the Emailed Notice is attached hereto as **Exhibit F**.

11.     Of the 907,523 Emailed Notices sent on May 28, 2021, 898,282 were delivered and 9,241 were unable to be delivered.

---

[2] After the Supplemental Mailed Notice was sent, the Published Notice was updated to include the Court-approved deadlines applicable to the Supplemental Notice Recipients. See July 15, 2021 Order (Dkt. 70) ¶ 3.

12.     Following the initial sending of the Emailed Notice, Angeion learned that, due to a technological error, some Settlement Class Members encountered a time-out error message when attempting to submit a Claim on the Settlement Website.  In response, on June 24, 2021, Angeion facilitated the release of a second Emailed Notice campaign to the 20,837 Settlement Class Members who were potentially affected by the error, informing them of the error and its resolution and again providing them notice of the Settlement.  A copy of the second Emailed Notice sent to these 20,837 is attached hereto as **Exhibit G**.

13.     Of the 20,837 second Emailed Notices sent, 20,568 were delivered, and 269 were unable to be delivered.

14.     Pursuant to Paragraph 3 of the Court's July 15, 2021 Order (Dkt. 70), on August 12, 2021, Angeion caused a "Supplemental Emailed Notice" to be sent to 27,043 Settlement Class Members provided in the Supplemental Class List for whom a valid and unique email address was provided.  A copy of the Supplemental Emailed Notice is attached hereto as **Exhibit H**.

15.     On the 27,043 Supplemental Emailed Notices sent, 26,524 were delivered and 519 were unable to be delivered.

16.     Each of the Emailed Notice, second Emailed Notice and Supplemental Emailed Notice were written in plain language and informed Settlement Class Members of the proposed settlement, their rights and options, as well as how to submit a claim and where to find case related documents.

17.     As a result of the efforts described in Paragraphs 9 through 15 above, 945,920 emailed notices were delivered to Settlement Class Members.

## THE SETTLEMENT WEBSITE

18.     Pursuant to Paragraph 25(b) of the Preliminary Approval Order and to further assist Settlement Class Members, Angeion, in coordination with Class and Defense Counsel, designed,

implemented and currently maintains the Settlement Website, www.TicketPurchaseSettlement. com.  The Settlement Website became operational on April 15, 2021 and will be operational, as required by the terms of the Settlement Agreement, until at least 30 days after the Effective Date. The Settlement Website's URL is included in the Mailed Notice, Supplemental Mailed Notice, Emailed Notice, Supplemental Emailed Notice, Published Notice, Published Notice (as updated September 2, 2021) and Claim Form.

19.     The Settlement Website includes general information regarding the Settlement and lists the exclusion, objection and claim-filing deadlines, as well as the date and time of the Final Approval Hearing.  The Settlement Website provides frequently asked questions and their answers as well as access to copies of the following documents:

- Mailed Notice;
- Supplemental Mailed Notice;
- Emailed Notice;
- Supplemental Emailed Notice;
- Published Notice (in English and Spanish);
- Published Notice as updated September 2, 2021 (in English and Spanish);
- Claim Form;
- Preliminary Approval Order;
- First Amended Complaint;
- the Court's July 15, 2021 Order;
- Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement (and supporting documents); and
- Plaintiffs' Motion for Award of Attorneys' Fees, Expenses, and Incentive Awards from Class Settlement (and supporting documents).

20.     In addition, the Settlement Website has a claim portal feature where Class Members can submit a Claim.  Through the Notice process, Class Members were provided a unique confirmation code that, when inputted into online claim portal, causes an online claim form to

prepopulate with the Settlement Class Member's unique transaction history and contact information as provided for in the data provided by Defendant. Settlement Class Members may edit, supplement or submit their claim online as-is.

21.     Alternatively, Settlement Class Members who misplaced their confirmation code or prefer to submit a Claim by mail are able to download the Claim Form from the Settlement Website and, as stated on the Settlement Website, mail it to Vivid Seats Purchase Settlement, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

22.     As of October 6, 2021, there have been 138,507 visitors to the website. The Settlement Website will continue to be updated with relevant documentation and updates.

### THE TOLL-FREE TELEPHONE NUMBER AND EMAIL ADDRESS

23.     On April 15, 2021, in order to accommodate inquiries regarding the Settlement, Angeion made operational a telephone number (1-833-321-1231) with an Interactive Voice Response ("IVR") system. The phone number is listed on the Mailed and Supplemental Mailed Notices, the Emailed and Supplemental Emailed Notices, and the Published Notices as well as on the "Contact Us" page on the Settlement Website. Callers have the ability to listen to important information about the Settlement 24 hours a day, 7 days a week, or to leave a message to request that Angeion send them a Notice or Claim Form. As of October 6, 2021, there were 14,506 calls to the IVR. The IVR will be maintained throughout the administration of the Settlement.

24.     Angeion also established a dedicated email address for inquiries at info@TicketPurchaseSettlement.com. The email address is listed on the Mailed and Supplemental Mailed Notices, the Emailed and Supplemental Emailed Notices and the Published Notices as well as on the "Contact Us" page on the Settlement Website. This email address has been monitored and will continue to be monitored throughout the administration of the Settlement. Angeion has

promptly responded to each email inquiry and will continue to address the Settlement Class Member inquiries as they are received.

## **REQUESTS FOR EXCLUSION AND OBJECTIONS**

25.     Through the Notice process, Settlement Class Members were notified that Requests for Exclusion from the Settlement Class were to be postmarked no later than July 15, 2021, with the following exception: if the Settlement Class Member was sent the Supplemental Mailed Notice or the Supplemental Emailed Notice of this Settlement as part of the Supplemental Notice Process, Requests for Exclusion had to be postmarked by September 27, 2021. Settlement Class Members were further notified that Requests for Exclusion were to be addressed to Class Action Opt-Outs, ATTN: Vivid Seats Purchase Settlement, P.O. Box 58220, Philadelphia, PA 19102.

26.     Angeion has provided a list of the individuals who have submitted a Request for Exclusion to Class and Defense Counsel who we understand are to submit the list to the Court under seal at the time of the Final Approval Hearing, pursuant to Paragraph 25(k) of the Preliminary Approval Order.

27.     Settlement Class Members were also notified that any objection to the proposed Settlement, or any part of the proposed Settlement, must be submitted in writing to the Court and mailed to the Clerk of the Court, Class Counsel and Defense Counsel, such that they are postmarked no later than July 15, 2021, with the following exception: if the Settlement Class Member was sent the Supplemental Mailed Notice or the Supplemental Emailed Notice of this Settlement as part of the Supplemental Notice Process, Requests for Exclusion had to be postmarked by September 27, 2021. Angeion also monitors incoming mail to identify any objections submitted by Settlement Class Members. As of October 6, 2021, Angeion has not received any objections.

28.     Angeion will continue to monitor incoming mail for exclusion requests and objections up to and beyond the deadline and will report to Class Counsel and Defense Counsel any exclusion requests or objections it receives.

### NOTICE PURSUANT TO THE CLASS ACTION FAIRNESS ACT OF 2005

29.     In compliance with the attorney general notification provision of the Class Action Fairness Act, 28 U.S.C. § 1715, on March 19, 2021, Angeion provided the Attorney General of the United States and the attorneys general of each state or territory in which Settlement Class Members may reside with the cover letter attached hereto as **Exhibit I** as well as a CDROM containing the following documents:

- Class Action Complaint and Jury Demand;

- First Amended Class Action Complaint and Jury Demand;

- Copies of the Mailed Notice, Emailed Notice and Published Notice as filed with the Court prior to preliminary approval;

- Settlement Agreement (with exhibits);

- Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement (with exhibits);

- A document providing a breakdown of Settlement Class Members by state; and

- The proposed Order Granting Preliminary Approval of Class Action Settlement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of October, 2021 in Travis County, Texas.

Brittany M. Cudworth
Project Manager
ANGEION GROUP

-8-

## EXHIBIT INDEX TO DECLARATION OF BRITTANY M. CUDWORTH

| Exhibit No. | Description |
|---|---|
| Exhibit A | Mailed Notice |
| Exhibit B | Supplemental Mailed Notice |
| Exhibit C | Published Notice |
| Exhibit D | Supplemental Published Notice |
| Exhibit E | Claim Form |
| Exhibit F | Emailed Notice |
| Exhibit G | Second Emailed Notice |
| Exhibit H | Supplemental Emailed Notice |
| Exhibit I | Cover letter regarding CAFA Notice |

# Exhibit A

**LEGAL NOTICE BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

*A federal court authorized this notice. This is **not** a solicitation from a lawyer.*

**If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may be entitled to a cash payment or other relief from a proposed class action settlement.**

**If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled, you may be entitled to a cash payment or other relief from a class action settlement if the event is cancelled.**

This notice is only a summary. It contains information about a class action settlement. More detailed information can be found at:

**www.TicketPurchaseSettlement.com**
**Questions? Call 1-833-321-1231.**

*Para ver este aviso en español*, visit
www.TicketPurchaseSettlement.com

**Check the website regularly for updates, including about the scope and terms of the Settlement Class and the Settlement.**

Vivid Seats Purchase Settlement
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
MAG

**Electronic Service Requested**



NUMERIC EQUIVALENT
Postal Service: Please Do Not Mark Barcode

Notice ID: ‹‹Notice ID››
Confirmation Code: ‹‹Confirmation Code››

‹‹First Name›› ‹‹Last Name››
‹‹Address1››
‹‹Address2››
‹‹City››, ‹‹St›› ‹‹Zip››
‹‹Country››

BLIND PERF DOES NOT PRINT



NUMERIC EQUIVALENT

Name/Address Change

**What is this notice about?** A proposed Settlement has been reached in a lawsuit against Vivid Seats LLC ("Vivid Seats"). The lawsuit claimed that Vivid Seats was obligated to make payments for tickets purchased on or before April 1, 2021 to events that, at any time from September 29, 2016 through April 1, 2021, were cancelled, postponed or rescheduled, that Vivid Seats failed to do so and that purchasers were injured as a result. Vivid Seats denies these allegations. If approved by the Court, the Settlement resolves the case and provides benefits to Settlement Class Members who do not exclude themselves.

**Who is included?** You may be a Settlement Class Member if you reside in the United States, its territories or Canada, and you used Vivid Seats to purchase tickets on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, postponed or rescheduled.

**What can I get if the event to which I purchased tickets was cancelled?** The proposed Settlement creates a common fund of $7.5 million to pay approved claims.

If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may have already received a credit on your Vivid Seats account toward the purchase of tickets to future events. The expiration date for any such active, non-expired credits will be extended through December 31, 2022. **To receive this benefit, you need not do anything. If you would instead prefer a cash payment equal to the price of the ticket(s) you purchased to the Cancelled Event(s) (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less amounts paid with gift cards, store credit or loyalty credit), less sums already paid or spent in credit, you must submit or postmark a Claim Form by August 30, 2021 to be eligible.** The Claim Form is available at www.TicketPurchaseSettlement.com and can be submitted by mail to Vivid Seats Purchase Settlement, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 or online at www.TicketPurchaseSettlement.com. If you have any questions about how to file a claim, call 1-833-321-1231 or email info@TicketPurchaseSettlement.com. If you claim a cash payment, you will no longer be entitled to any credit toward the purchase of tickets to events (except as described in the Settlement Agreement). Vivid Seats shall also have no obligation to make any charitable donation in connection with your purchase of tickets to a Cancelled Event. Based on the number of claims filed, you may receive more than your purchase price, or you may receive less. If you receive less, you will retain at least as much of any credit you presently hold as is necessary to constitute 100% of the purchase price (as defined above) when combined with your cash payment.

**What can I get if the event to which I purchased tickets was postponed or rescheduled?** If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled but not yet cancelled, and that event is cancelled after April 1, 2021, you will automatically be entitled to a credit on your Vivid Seats account toward the purchase of tickets to future events equal to 110% of the total of the price of the ticket(s) you purchased (inclusive

of base price, fees and delivery charges, exclusive of any insurance charges and less any amounts paid with gift cards, store credit or loyalty credit) less any sums already paid or spent in credit. That credit will be valid through December 31, 2022. You can instead elect to receive a cash payment equal to the price of the ticket(s) you purchased (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less any amounts paid with gift cards, store credit or loyalty credit) to the Postponed Event or Rescheduled Event that was later cancelled, less any sums already paid or spent in credit. **To elect to receive this cash payment, you must request it from Vivid Seats within twenty-one (21) days of receiving notice that the Postponed Event or Rescheduled Event has been cancelled.**

**What are my options?**

1. **If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you can (1) do nothing and any active, non-expired credit you have already received will be extended, (2) submit or postmark a Claim Form by August 30, 2021 to request a cash payment, (3) exclude yourself by July 15, 2021 or (4) object to the Settlement by July 15, 2021.**

2. **If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled, you can (1) do nothing and be eligible for the injunctive relief in the Settlement, (2) exclude yourself by July 15, 2021 or (3) object to the Settlement by July 15, 2021.**

If you exclude yourself, you must do so with respect to all tickets otherwise covered by this Settlement. You may not exclude yourself with respect to some but not all of these tickets. If you do not exclude yourself, and the Court approves the Settlement, you will be bound by the Court's orders and judgments and will release your claims against Vivid Seats (including any that you have already initiated in any proceeding), even if you do not file a claim. For information on how to exclude yourself, object or file a claim, visit www.TicketPurchaseSettlement.com or call 1-833-321-1231.

**What happens next?** The Court, located in Chicago, Illinois, will hold a hearing on **August 10, 2021 at 10 a.m. CDT** (or such other date as set by the Court) to decide whether to approve the Settlement, including how much to pay Class Counsel for their work in representing the Settlement Class and what Service Award, if any, should be given to the Plaintiffs. You may attend this hearing, but you do not have to. You or your attorney may ask permission to speak at the hearing at your own cost. The date and time of this hearing may change without further notice. Please check www.TicketPurchaseSettlement.com for updates.

**Who represents me?** The Court has appointed Steven D. Liddle, Esq., and Nicholas A. Coulson, Esq., of Liddle & Dubin, P.C. (975 E. Jefferson Avenue, Detroit, MI 48207 or 1-313-392-0015) to represent you as Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

**How do I get more information?** For more information, including the Emailed Notice, Published Notice, Claim Form, Motions for Approval of Attorneys' Fees and Expenses and Plaintiffs' Settlement Awards and Settlement Agreement, call 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE**.

BLIND PERF DOES NOT PRINT

_____

_____

_____

Postage
Required
Post Office will
not deliver
without proper
postage.

VIVID SEATS PURCHASE SETTLEMENT
C/O SETTLEMENT ADMINISTRATOR
1650 ARCH ST STE 2210
PHILADELPHIA PA 19103-2041

# Exhibit B

**LEGAL NOTICE BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

*A federal court authorized this notice.*
*This is **not** a solicitation from a lawyer.*

**If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may be entitled to a cash payment or other relief from a proposed class action settlement.**

**If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled, you may be entitled to a cash payment or other relief from a class action settlement if the event is cancelled.**

This notice is only a summary. It contains information about a class action settlement. More detailed information can be found at:

**www.TicketPurchaeSettlement.com**
**Questions? Call 1-833-321-1231.**

*Para ver este aviso en español,* visite
www.TicketPurchaseSettlement.com

**Check the website regularly for updates, including about the scope and terms of the Settlement Class and the Settlement.**

Vivid Seats Purchase Settlement
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
MAG

**Electronic Service Requested**



NUMERIC EQUIVALENT
Postal Service: Please Do Not Mark Barcode

Notice ID: ‹‹Notice ID››
Confirmation Code: ‹‹Confirmation Code››

‹‹First Name›› ‹‹Last Name››
‹‹Address1››
‹‹Address2››
‹‹City››, ‹‹St›› ‹‹Zip››
‹‹Country››

BLIND PERF DOES NOT PRINT

NUMERIC EQUIVALENT

Name/Address Change

_____

_____

_____

**What is this notice about?** A proposed Settlement has been reached in a lawsuit against Vivid Seats LLC ("Vivid Seats"). The lawsuit claimed that Vivid Seats was obligated to make payments for tickets purchased on or before April 1, 2021 to events that, at any time from September 29, 2016 through April 1, 2021, were cancelled, postponed or rescheduled, that Vivid Seats failed to do so and that purchasers were injured as a result. Vivid Seats denies these allegations. If approved by the Court, the Settlement resolves the case and provides benefits to Settlement Class Members who do not exclude themselves.

**Who is included?** You may be a Settlement Class Member if you reside in the United States, its territories or Canada, and you used Vivid Seats to purchase tickets on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, postponed or rescheduled.

**What can I get if the event to which I purchased tickets was cancelled?** The proposed Settlement creates a common fund of $7.5 million to pay approved claims.

If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may have already received a credit on your Vivid Seats account toward the purchase of tickets to future events. The expiration date for any such active, non-expired credits will be extended through December 31, 2022. **To receive this benefit, you need not do anything. If you would instead prefer a cash payment equal to the price of the ticket(s) you purchased to the Cancelled Event(s) (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less amounts paid with gift cards, store credit or loyalty credit), less any sums already paid or spent in credit, you must submit or postmark a Claim Form by November 10, 2021 to be eligible.** The Claim Form is available at www.TicketPurchaseSettlement.com and can be submitted by mail to Vivid Seats Purchase Settlement, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 or online at www.TicketPurchaseSettlement.com. If you have any questions about how to file a claim, call 1-833-321-1231 or email info@TicketPurchaseSettlement.com. If you claim a cash payment, you will no longer be entitled to any credit toward the purchase of tickets to events (except as described in the Settlement Agreement). Vivid Seats shall also have no obligation to make any charitable donation in connection with your purchase of tickets to a Cancelled Event. Based on the number of claims filed, you may receive more than your purchase price, or you may receive less. If you receive less, you will retain at least as much of any credit you presently hold as is necessary to constitute 100% of the purchase price (as defined above) when combined with your cash payment.

**What can I get if the event to which I purchased tickets was postponed or rescheduled?** If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled but not yet cancelled, and that event is cancelled after April 1, 2021, you will automatically be entitled to a credit on your Vivid

Seats account toward the purchase of tickets to future events equal to 110% of the total of the price of the ticket(s) you purchased (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less any amounts paid with gift cards, store credit or loyalty credit) less any sums already paid or spent in credit. That credit will be valid through December 31, 2022. You can instead elect to receive a cash payment equal to the price of the ticket(s) you purchased (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less any amounts paid with gift cards, store credit or loyalty credit) to the Postponed Event or Rescheduled Event that was later cancelled, less any sums already paid or spent in credit. **To elect to receive this cash payment, you must request it from Vivid Seats within twenty-one (21) days of receiving notice that the Postponed Event or Rescheduled Event has been cancelled.**

**What are my options?**

1.  **If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you can (1) do nothing and any active, non-expired credit you have already received will be extended, (2) submit or postmark a Claim Form by November 10, 2021 to request a cash payment, (3) exclude yourself by September 27, 2021 or (4) object to the Settlement by September 27, 2021.**

2.  **If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled, you can (1) do nothing and be eligible for the injunctive relief in the Settlement, (2) exclude yourself by September 27, 2021 or (3) object to the Settlement by September 27, 2021.**

If you exclude yourself, you must do so with respect to <u>all</u> tickets otherwise covered by this Settlement. You may not exclude yourself with respect to some but not all of these tickets. If you do not exclude yourself, and the Court approves the Settlement, you will be bound by the Court's orders and judgments and will release your claims against Vivid Seats (including any that you have already initiated in any proceeding), even if you do not file a claim. For information on how to exclude yourself, object or file a claim, visit www.TicketPurchaseSettlement.com or call 1-833-321-1231.

**What happens next?** The Court, located in Chicago, Illinois, will hold a hearing on **October 27, 2021 at 10 a.m. CDT** (or such other date as set by the Court) to decide whether to approve the Settlement, including how much to pay Class Counsel for their work in representing the Settlement Class and what Service Award, if any, should be given to the Plaintiffs. You may attend this hearing, but you do not have to. You or your attorney may ask permission to speak at the hearing at your own cost. The date and time of this hearing may change without further notice. Please check www.TicketPurchaseSettlement.com for updates.

**Who represents me?** The Court has appointed Steven D. Liddle, Esq., and Nicholas A. Coulson, Esq., of Liddle & Dubin, P.C. (975 E. Jefferson Avenue, Detroit, MI 48207 or 1-313-392-0015) to represent you as Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

**How do I get more information?** For more information, including the Emailed Notice, Published Notice, Claim Form, Motions for Approval of Attorneys' Fees and Expenses and Plaintiffs' Settlement Awards and Settlement Agreement, call 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE**.

BLIND PERF DOES NOT PRINT

_____

_____

_____

Postage Required Post Office will not deliver without proper postage.

VIVID SEATS PURCHASE SETTLEMENT
C/O SETTLEMENT ADMINISTRATOR
1650 ARCH ST STE 2210
PHILADELPHIA PA 19103-2041

# Exhibit C

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may be entitled to a cash payment or other relief from a proposed class action settlement.**

**If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled, you may be entitled to a cash payment or other relief from a class action settlement if the event is cancelled.**

Esta Notificación de arreglo colectivo está disponible en español.
Visite el siguiente sitio web: www.TicketPurchaseSettlement.com.

*A federal court authorized this Notice. It is not a solicitation from a lawyer.*
*Your legal rights are affected whether you act or do not act. Please read this notice carefully.*

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | If the event to which you purchased tickets was cancelled at any time from September 29, 2016 through April 1, 2021, the only way to get a payment is to submit a Claim Form. Claim Forms must be submitted online or postmarked by August 30, 2021. |
| **EXCLUDE YOURSELF (OPT OUT)** | Get no cash payment or credit. This is the only option that allows you to ever be part of any other lawsuit against Vivid Seats about the legal claims in this case. Requests for Exclusion must be postmarked by July 15, 2021. |
| **OBJECT OR COMMENT** | Write to the Court about why you do not like the Settlement. The deadline to file and serve an objection is July 15, 2021. |
| **GO TO A HEARING** | Ask to speak in Court about why you do not support the proposed Settlement or any of its provisions. The Final Approval Hearing will be held on August 10, 2021 at 10 a.m. CDT. |
| **DO NOTHING NOW** | If the event to which you purchased tickets was cancelled at any time from September 29, 2016 through April 1, 2021, the expiration date of any active, non-expired credit you have already received from Vivid Seats related to those tickets will be extended through December 31, 2022. |
| | If the event to which you purchased tickets was rescheduled or postponed at any time from September 29, 2016 through April 1, 2021, but has not yet been cancelled, you will receive a credit if the event is cancelled after April 1, 2021 and you still hold the tickets, unless you request a cash payment within twenty-one (21) days of receiving notice that the event is cancelled. |
| | Doing nothing now, however, also means you give up any other rights. |

These rights and options -- **and the deadlines to exercise them** -- are explained in this Notice.

The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be made and credits will be given under the Settlement Agreement if the Court approves the Settlement and after appeals are resolved. Please be patient.

**QUESTIONS? Read on, visit www.TicketPurchaseSettlement.com or call 1-833-321-1231.**

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** ...................................................................................................3
    1.  Why did I receive a notice?
    2.  What is this lawsuit about?
    3.  What is a class action?
    4.  Why is there a Settlement?

**WHO IS IN THE SETTLEMENT** ........................................................................................3
    5.  How do I know if I am part of the Settlement?
    6.  I am still not sure if I am included.

**THE SETTLEMENT BENEFITS -- WHAT YOU GET** ..........................................................4
    7.  How can I get a payment?
    8.  When would I get my cash payment or credit?
    9.  What if Settlement Class Members claim more than $7.5 million?
    10.  What am I giving up to stay in the Settlement Class?

**EXCLUDING YOURSELF FROM THE SETTLEMENT (OPTING OUT)** ......................................5
    11.  How do I get out of the Settlement?
    12.  If I do not exclude myself, can I sue Vivid Seats for the same thing later?
    13.  If I exclude myself, can I get money from the Settlement?
    14.  If I exclude myself, can I object to the Settlement?
    15.  If I do not submit a Request for Exclusion by July 15, 2021 or I do not
        send it to the address listed above, can I still exclude myself?

**THE LAWYERS REPRESENTING YOU** ...............................................................................7
    16.  Do I have a lawyer in the case?
    17.  How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENT** .................................................................................7
    18.  How do I tell the Court that I do not like the Settlement?
    19.  What is the difference between objecting and excluding?
    20.  If I do not submit an objection by July 15, 2021 or I do not properly file
        and service, can I still object to the Settlement?

**THE COURT'S FINAL APPROVAL HEARING** .....................................................................9
    21.  When and where will the Court decide whether to approve the Settlement?
    22.  Do I have to attend the hearing?
    23.  May I speak at the hearing?

**IF YOU DO NOTHING** ...................................................................................................9
    24.  What happens if I do nothing at all?

**GETTING MORE INFORMATION** ...................................................................................10
    25.  Are there more details about the Settlement?
    26.  How do I get more information?

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

2

## BASIC INFORMATION

### 1. Why did I receive a notice?

This notice has been approved by the Court and summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please review the Settlement Agreement, available at www.TicketPurchaseSettlement .com. Judge Robert M. Dow Jr. of the United States District Court for the Northern District of Illinois is overseeing this class action. The lawsuit is known as *Nellis, et al. v. Vivid Seats LLC*, Case No. 1:20-cv-02486 (N.D. Ill.).

### 2. What is this lawsuit about?

The lawsuit claimed that Vivid Seats was obligated to provide payments for tickets purchased on or before April 1, 2021 to events that, at any time from September 29, 2016 through April 1, 2021, were cancelled, postponed or rescheduled, that Vivid Seats failed to do so and that ticket purchasers suffered damages and/or were otherwise entitled to relief as a result. Vivid Seats denies all of the allegations in the lawsuit.

### 3. What is a class action?

In a class action lawsuit, one or more people called named plaintiffs sue on behalf of other people who have similar claims. The people together are a class or class members. The company they sued is called the defendant. One court resolves the issues for everyone in the class, except for those people who choose to exclude themselves, or opt out, of the class.

### 4. Why is there a Settlement?

The Court did not decide in favor of Plaintiffs or Vivid Seats, the Defendant here. Instead, both sides agreed to a Settlement. The Plaintiffs and Class Counsel believe the proposed Settlement confers substantial benefits on the Settlement Class and have determined that the Settlement is in the best interest of the Settlement Class and represents a fair, reasonable and adequate resolution of the lawsuit.

Vivid Seats denies the claims in the lawsuit; denies all allegations of wrongdoing, fault, liability or damage to the Plaintiffs and the Settlement Class; and denies that it acted improperly or wrongfully in any way. Vivid Seats nevertheless recognizes the expense and time that would be required to defend the lawsuit through trial and has taken this into account in agreeing to this Settlement.

## WHO IS IN THE SETTLEMENT

To see if you will get any of the benefits of this Settlement, you first have to decide if you are a Settlement Class Member.

### 5. How do I know if I am part of the Settlement?

The Court decided that everyone who fits this description and does not fall under the exclusions below is a Settlement Class Member: *All persons or entities residing in the United States, its territories or Canada who at any time on or before April 1, 2021 purchased a ticket through Vivid Seats to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled or was postponed or rescheduled and has not yet occurred.*

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

3

Excluded from the Settlement Class are: (1) Vivid Seats and its subsidiaries and affiliates, employees, officers, directors, agents and representatives; (2) Class Counsel; (3) the judges who have presided over this lawsuit; and (4) all persons or entities who have timely elected to become Opt Outs from the Settlement Class in accordance with the Court's orders.

| 6. I am still not sure if I am included. |
| --- |

If you are still unsure whether you are included, you can call or email the Settlement Administrator at 1-833-321-1231 or info@TicketPurchaseSettlement.com.

## THE SETTLEMENT BENEFITS -- WHAT YOU GET

| 7. How can I get a payment? |
| --- |

The proposed Settlement creates a common fund of $7.5 million to pay approved claims made by Settlement Class Members.

If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may have already received a credit on your Vivid Seats account toward the purchase of tickets to future events. As part of the Settlement, the expiration date for any such active, non-expired credits shall be extended, such that those credits are valid for use toward the purchase of tickets through Vivid Seats through December 31, 2022. **To receive this benefit, you are not required to do anything at this time. If you would instead prefer a cash payment equal to the price of the ticket(s) you purchased (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less any amounts paid with gift cards, store credit or loyalty credit) ("Purchase Price") to the Cancelled Event(s), less any sums already paid or spent in credit, you must submit or postmark a Claim Form by August 30, 2021 to be eligible to qualify for a payment.** The Claim Form is available at www.TicketPurchaseSettlement.com. You may submit a claim by completing and signing that Claim Form and submitting it in accordance with its instructions. You may submit a Claim Form by mail to Vivid Seats Purchase Settlement, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. You may also submit a Claim Form online at www.TicketPurchaseSettlement.com. If you have any questions about the Claim Form or how to file a claim, call 1-833-321-1231 or email info@TicketPurchaseSettlement.com. If you claim a cash payment, you will relinquish and no longer be entitled to any credit from Vivid Seats toward the purchase of tickets to events through Vivid Seats (except that you may be entitled to retain a certain portion of any such active credit in the event of oversubscription of the Cash Fund, as described in Section IV(D) of the Settlement Agreement). Vivid Seats shall also have no obligation to make any charitable payment or donation in connection with your purchase of tickets to a Cancelled Event, even if Vivid Seats previously agreed to make such a charitable payment or donation. You may be asked for additional information. Follow all instructions on the Claim Form and make sure to inform the Settlement Administrator of any changes in your address after you have submitted your Claim Form.

If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled but not yet cancelled, and that event is cancelled after April 1, 2021 and you hold that ticket(s) at the time of cancellation, you will be entitled to injunctive relief as part of the Settlement. Specifically, you will automatically be entitled to a credit on your Vivid Seats account toward the purchase of tickets to future events equal to 110% of the Purchase Price of the ticket(s) you purchased, less any sums already paid or spent in credit. By way of example only, if you paid a Purchase Price of $100 for a ticket to a Postponed Event and you have already been paid $50, in the event the Postponed Event becomes cancelled, you will automatically be entitled to a credit on your Vivid Seats account equal to $55 (1.10 x ($100 – $50)). That credit will be valid through December 31, 2022. You can instead elect to receive a cash payment equal to the Purchase Price of the ticket(s) you purchased, less any amounts paid with gift cards, store

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

4

credit or loyalty credit to the Postponed Event or Rescheduled Event that was later cancelled, less any sums already paid or spent in credit. **To elect to receive this cash payment, you will be required to request that cash payment from Vivid Seats within twenty-one (21) days of receiving notice that the Postponed Event or Rescheduled Event has been cancelled.**

### 8. When would I get my cash payment or credit?

The Court will hold a hearing on August 10, 2021 at 10 a.m. CDT, to decide whether to approve the Settlement. If the Court approves the Settlement after that, there may be appeals. It is always uncertain whether those appeals can be resolved, and resolving them can take time, perhaps more than a year. Please be patient.

### 9. What if Settlement Class Members claim more than $7.5 million?

If Settlement Class Members' claims from the Cash Fund would result in Vivid Seats paying more than $7.5 million to the Cash Fund, then each Settlement Class Member's claim will be reduced pro rata, meaning that each cash award will be reduced by an equal percentage until the Settlement Class Members' claims no longer exceed the funds available for payment from the $7.5 million. In the event of pro rata reductions, Settlement Class Members will retain a portion of any existing credit, but forfeit that portion of any existing credit that they currently hold and have not yet redeemed that is equal to (i) the credit issued prior to any redemption of that credit divided by the Purchase Price multiplied by (ii) the cash payment being issued. By way of examples only, if a Settlement Class Member originally paid a Purchase Price of $100, originally received in 2020 a credit valued at $100 (i.e., 100%) and receives $80 in cash from the Cash Fund, then the Settlement Class Member will receive a credit valued at $20 in addition to $80 in cash and will forfeit credits valued at $80 (($100/$100) x $80). If a Settlement Class Member originally paid a Purchase Price of $100, originally received in 2020 a credit valued at $110 (i.e., 110%) and receives $80 in cash from the Cash Fund, then the Settlement Class Member will receive a credit equal to $22 in addition to $80 in cash and will forfeit credits valued at $88 (($110/$100) x $80). If the Cash Fund is undersubscribed (i.e., fewer claims for compensation are approved than dollars or value available in the Cash Fund), then any remaining dollars within the Cash Fund shall be reallocated pro rata to previously-approved, valid claims against that Cash Fund. Vivid Seats shall have no obligation to make any charitable payment or donation in connection with a purchase of tickets to a Cancelled Event by a Settlement Class Member who receives a cash payment from the Cash Fund, even if the Cash Fund is oversubscribed or undersubscribed and even if Vivid Seats previously agreed to make such a charitable payment or donation.

### 10. What am I giving up to stay in the Settlement Class?

Unless you exclude yourself, you are staying in the Settlement Class, and that means that you cannot sue, continue to sue or be part of any other lawsuit against Vivid Seats about the legal issues in this case. It also means that all of the Court's orders will apply to you and legally bind you. If you sign the Claim Form, you will agree to a Release of claims which describes exactly the legal claims that you give up if you get Settlement benefits. The Release is defined and detailed in the Settlement Agreement, which is available at www.TicketPurchaseSettlement.com.

## EXCLUDING YOURSELF FROM THE SETTLEMENT (OPTING OUT)

If you do not want to participate in this Settlement, but you want to keep the right to sue or continue to sue Vivid Seats, on your own, about the legal issues in this case, then you must take steps to get out. This is called excluding yourself or opting out of the Settlement Class.

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

5

## 11. How do I get out of the Settlement?

Any member of the Settlement Class who wants to be excluded from the Settlement Class and to become an Opt Out must submit a Request for Exclusion to the Settlement Administrator at the address provided below.

Any request to be excluded from the Settlement Class must be postmarked on or before July 15, 2021 and must:

  i.    Have the signature of the member of the Settlement Class, even if represented by counsel. If the member of the Settlement Class is an entity and not an individual, the Request for Exclusion must be signed by an officer or director of the entity with authority to act on behalf of that entity. If the member of the Settlement Class Member is represented by counsel, the Request for Exclusion shall also be signed by that attorney.

  ii.   State the name, address and telephone number of the Person requesting exclusion;

  iii.  Identify all of the Cancelled Events, Postponed Events and/or Rescheduled Events to which the Person purchased tickets through Vivid Seats and the date on which each event was originally scheduled to occur; and

  iv.   Contain a clear and unambiguous statement communicating that such Person elects to be excluded from the Settlement Class, does not wish to be a Settlement Class Member and elects to be excluded from any judgment entered pursuant to the Settlement.

Requests for Exclusion must be mailed to:

Class Action Opt-Outs
ATTN: *Vivid Seats Purchase Settlement*
PO Box 58220
Philadelphia, PA 19102

If you exclude yourself, you must do so with respect to all tickets that you purchased through Vivid Seats on or before April 1, 2021 to events that, at any time from September 29, 2016 through April 1, 2021, were cancelled, postponed and/or rescheduled. You may not exclude yourself with respect to some but not all of these tickets. Further, you may exclude yourself on an individual basis only; so-called "mass" or "class" opt outs are not allowed.

## 12. If I do not exclude myself, can I sue Vivid Seats for the same thing later?

No. Unless you exclude yourself, you will be bound by the Final Order and Judgment, and you give up the right to sue Vivid Seats for the claims that this Settlement resolves. If you have a pending lawsuit, speak to your lawyer in that lawsuit immediately. You must exclude yourself from this Settlement Class to continue your own lawsuit.

## 13. If I exclude myself, can I get money from the Settlement?

No. If you exclude yourself, do not submit a Claim Form to ask for a cash payment. But you may sue, continue to sue or be part of a different lawsuit against Vivid Seats.

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

6

**14. If I exclude myself, can I object to the Settlement?**

No. A member of the Settlement Class who submits a timely Request for Exclusion may not file an objection to the Settlement and shall be deemed to have waived any rights or benefits under this Settlement Agreement.

**15. If I do not submit a Request for Exclusion by July 15, 2021 or I do not send it to the address listed above, can I still exclude myself?**

No. Any member of the Settlement Class who fails to submit a timely and complete Request for Exclusion sent to the proper address shall be subject to and bound by this Settlement and every order or judgment entered pursuant to this Settlement. Any purported Request for Exclusion or other communication sent to such address that is unclear or internally inconsistent with respect to the desire of the member of the Settlement Class to be excluded from the Settlement Class will be deemed invalid unless determined otherwise by the Court. Requests for Exclusion signed only by counsel or another representative shall not be permitted.

## THE LAWYERS REPRESENTING YOU

**16. Do I have a lawyer in the case?**

The Court has appointed Steven D. Liddle, Esq., and Nicholas A. Coulson, Esq., of Liddle & Dubin, P.C. to represent you as Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

**17. How will the lawyers be paid?**

Class Counsel will ask the Court for Attorneys' Fees and Expenses up to $2,500,000 and a payment of $2,500 for each of the Plaintiffs. The Court may award less than these amounts. The fees and expenses that the Court approves will be paid from the Cash Fund. The costs to administer the Settlement will also be paid from the Cash Fund. Class Counsel's Motion for Attorneys' Fees and Expenses will be available on the Settlement Website once it has been filed.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the Settlement or some part of it.

**18. How do I tell the Court that I do not like the Settlement?**

If you are a Settlement Class Member, you can object to the Settlement if you do not like any part of it. You can ask the Court to deny approval by filing a written notice of objection. You cannot ask the Court to order a different Settlement; the Court can only approve or reject the Settlement. If the Court denies approval, no cash payments or credits will be provided under the Settlement, and the lawsuit will continue. If that is what you want to happen, you may object. Please note that you cannot both object to the Settlement and opt out of it.

Any objection to the proposed Settlement must be in writing. If you file a timely written notice of objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney. Your objection must be filed on or before July 15, 2021 or it will not be considered.

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

7

Any Settlement Class Member who wishes to be heard at the Final Approval Hearing, or who wishes for any objection to be considered, must file a written notice of objection by July 15, 2021 that must:

i. Have the signature of the member of the Settlement Class objecting, even if represented by counsel. If the member of the Settlement Class is an entity and not an individual, the objection must be signed by an officer or director of the entity with authority to act on behalf of that entity. If the Settlement Class Member that is objecting to the Settlement is represented by counsel, the objection shall also be signed by that attorney;

ii. State the name, address and telephone number of the Settlement Class Member objecting;

iii. State the name, address and telephone number of every attorney representing or assisting the objector;

iv. Identify all of the Cancelled Events, Postponed Events and/or Rescheduled Events to which the Settlement Class Member purchased tickets through Vivid Seats and the date on which each event was originally scheduled to occur;

v. Contain a detailed statement of each objection asserted, including the grounds for objection and reasons for appearing and being heard, together with any documents such Settlement Class Member wishes to be considered in support of the objection;

vi. A list of all cases in which the Settlement Class Member or Settlement Class Member's counsel filed an objection or in any way participated -- financially or otherwise -- in objecting to a class settlement during the preceding five years; and

vii. Contain a statement regarding whether the Settlement Class Member intends to appear at the Final Approval Hearing, either with or without counsel, and a list of all persons, if any, who will be called to testify in support of the objection.

A Settlement Class Member must file a notice of objection, including any request to be heard with the Clerk of the Court, and serve by mail or hand delivery such notice of objection, including any request to be heard, including all papers or evidence in support thereof, upon one of the Class Counsel and Defense Counsel, at the addresses set forth below, no later than July 15, 2021.

| Clerk of the Court | Class Counsel | Defense Counsel |
|---|---|---|
| Clerk of the Court United States District Court for the Northern District of Illinois 219 South Dearborn Street Chicago, Illinois 60604 | Steven D. Liddle, Esq. Nicholas A. Coulson, Esq. Liddle & Dubin, P.C. 975 East Jefferson Avenue Detroit, Michigan 48207 | Mark S. Mester, Esq. Robert C. Collins III, Esq. Latham & Watkins LLP 330 North Wabash Ave., Ste. 2800 Chicago, Illinois 60611 |

Any Settlement Class Member who does not properly or timely file his or her objection with the Clerk of the Court, along with the required information and documentation set forth above, or to serve it as provided above, shall not be heard during the Final Approval Hearing, shall not have their objections considered by the Court and shall be foreclosed from seeking any adjudication or review of the Settlement by appeal or otherwise.

## 19. What is the difference between objecting and excluding?

Objecting is simply telling the Court that you do not like something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

8

Settlement Class.  If you exclude yourself, you have no basis to object because the case no longer affects you.

---

**20. If I do not submit an objection by July 15, 2021 or I do not properly file and serve it, can I still object to the Settlement?**

No.  Any Settlement Class Member who does not properly or timely file his or her objection with the Clerk of the Court, along with the required information and documentation set forth above, or to serve it as provided above, shall not be heard during the Final Approval Hearing, shall not have their objections considered by the Court and shall be foreclosed from seeking any adjudication or review of the Settlement by appeal or otherwise.

## THE COURT'S FINAL APPROVAL HEARING

The Court will hold a hearing to decide whether to approve the Settlement.  You may attend and you may ask to speak, but you do not have to.

---

**21. When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Final Approval Hearing at 10 a.m. CDT on August 10, 2021 in Courtroom 2303 at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 or by remote means as ordered by the Court.  At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate.  If there are timely and proper objections, the Court will consider them.  The Court will listen to people who have timely and properly asked to speak at the hearing.  The Court may also decide how much to pay Class Counsel and award Plaintiffs.  After the hearing, the Court will decide whether to approve the Settlement.  We do not know how long these decisions will take.

---

**22. Do I have to attend the hearing?**

No.  Class Counsel will answer any questions the Court may have, but you are welcome to come at your own expense.  If you submit an objection, you do not have to come to Court to talk about it.  As long as you timely and properly submitted your written objection, along with the required information and documentation set forth above, the Court will consider it.  You may also pay your own lawyer to attend, but it is not necessary.

---

**23. May I speak at the hearing?**

You may ask the Court for permission to speak at the Final Approval Hearing.  To do so, you must submit a written notice of objection that states your intention to appear at the Final Approval Hearing, either with or without counsel, as outlined above.  Be sure to include your name, address, telephone number and your signature as well as the signature of any attorney representing you, in addition to the other information outlined above.  Your written notice of objection indicating your intention to appear must be filed with the Clerk of the Court, and served by mail or hand delivery upon one of the Class Counsel and Defense Counsel, at the addresses set forth on Page 8 above, no later than July 15, 2021.  You cannot speak at the hearing if you excluded yourself.

## IF YOU DO NOTHING

---

**24. What happens if I do nothing at all?**

If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may have already received a credit on your Vivid Seats account toward the purchase of tickets to future events.  If you do nothing, the expiration date for any such

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

9

active, non-expired credits shall be extended through December 31, 2022, such that those credits are valid for use toward the purchase of tickets through Vivid Seats through December 31, 2022. If you do nothing, and do not properly submit or postmark a Claim Form by August 30, 2021, you will not be eligible to receive any cash payment as part of the Class Settlement. In addition, unless you exclude yourself from the Settlement Class, you will give up your right to be able to start a lawsuit, continue with a lawsuit or be part of any other lawsuit against Vivid Seats about the legal issues in this case ever again.

If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled but not yet cancelled, that event is cancelled after April 1, 2021, and you do nothing, you will be entitled to injunctive relief as part of the Settlement. Specifically, you will automatically be entitled to a credit on your Vivid Seats account toward the purchase of tickets to future events equal to 110% of the total Purchase Price of the ticket(s) less any sums already paid or spent in credit. By way of example only, if you paid a Purchase Price of $100 for a ticket to a Postponed Event and you have already been paid $50, in the event the Postponed Event becomes cancelled, you will automatically be entitled to a credit on your Vivid Seats account equal to $55 ($1.10 x ($100 – $50)). That credit will be valid through December 31, 2022. If you would rather receive a cash payment equal to the Purchase Price of the ticket(s) you purchased to the Postponed Event or Rescheduled Event that is later cancelled after April 1, 2021, less any sums already paid or spent in credit, you will be able to request one by sending your request to Vivid Seats within twenty-one (21) days of receiving notice that the Postponed Event or Rescheduled Event has been cancelled.

Whether or not you request a cash payment, however, by doing nothing and not excluding yourself from the Settlement Class now, you will give up your right to be able to start a lawsuit, continue with a lawsuit or be part of any other lawsuit against Vivid Seats about the legal issues in this case ever again.

## GETTING MORE INFORMATION

| 25. Are there more details about the Settlement? |
| --- |

This Notice summarizes the proposed Settlement. More details are in the Settlement Agreement. You can get a copy of the Settlement Agreement and other important case documents at www.TicketPurchaseSettlement.com.

| 26. How do I get more information? |
| --- |

You can call toll-free 1-833-321-1231, email info@TicketPurchaseSettlement.com or visit the website at www.TicketPurchaseSettlement.com, where you will be able to find the Claim Form, Motions for Approval of Attorneys' Fees and Expenses and Plaintiffs' Settlement Awards and Settlement Agreement and other important documents related to the Settlement. **You should check the website regularly for updates on the case, including regarding the Settlement, the approval process for the Settlement, the scope and terms of the Settlement Class and the scope and terms of the Settlement.**

You may also contact the attorneys appointed by the Court to serve as Class Counsel:

Steven D. Liddle, Esq.
Nicholas A. Coulson, Esq.
**Liddle & Dubin, P.C.**
975 East Jefferson Avenue
Detroit, Michigan 48207
Telephone: (313) 392-0015

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

# Exhibit D

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may be entitled to a cash payment or other relief from a proposed class action settlement.**

**If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled, you may be entitled to a cash payment or other relief from a class action settlement if the event is cancelled.**

Esta Notificación de arreglo colectivo está disponible en español.
Visite el siguiente sitio web: www.TicketPurchaseSettlement.com.

*A federal court authorized this Notice. It is not a solicitation from a lawyer.*
*Your legal rights are affected whether you act or do not act. Please read this notice carefully.*

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
| --- | --- |
| **SUBMIT A CLAIM FORM** | If the event to which you purchased tickets was cancelled at any time from September 29, 2016 through April 1, 2021, the only way to get a payment is to submit a Claim Form. Claim Forms must be submitted online or postmarked by August 30, 2021, with the following exception: if you were sent Mailed or Emailed Notice of this Settlement as part of the supplemental notice process that required supplemental notice by August 12, 2021 to certain Settlement Class Members and that was authorized by the Court in its July 15, 2021 Order (available at www.TicketPurchaseSettlement.com) ("Supplemental Notice Process"), Claim Forms must be submitted online or postmarked by November 10, 2021. |
| **EXCLUDE YOURSELF (OPT OUT)** | Get no cash payment or credit. This is the only option that allows you to ever be part of any other lawsuit against Vivid Seats about the legal claims in this case. Requests for Exclusion had to be postmarked by July 15, 2021, with the following exception: if you were sent Mailed or Emailed Notice of this Settlement as part of the Supplemental Notice Process, Requests for Exclusion must be postmarked by September 27, 2021. |
| **OBJECT OR COMMENT** | Write to the Court about why you do not like the Settlement. The deadline to file and serve an objection was July 15, 2021, with the following exception: if you were sent Mailed or Emailed Notice of this Settlement as part of Supplemental Notice Process, the deadline to file and serve an objection is September 27, 2021. |
| **GO TO A HEARING** | Ask to speak in Court about why you do not support the proposed Settlement or any of its provisions. The Final Approval Hearing will be held on October 27, 2021 at 10 a.m. CDT. |
| **DO NOTHING NOW** | If the event to which you purchased tickets was cancelled at any time from September 29, 2016 through April 1, 2021, the expiration date of any active, non-expired credit you have already received from Vivid Seats related to those tickets will be extended through December 31, 2022.

If the event to which you purchased tickets was rescheduled or postponed at any time from September 29, 2016 through April 1, 2021, but has not yet been cancelled, you will receive a credit if the event is cancelled after April 1, 2021 and you still hold the tickets, unless you request a cash payment within twenty-one (21) days of receiving notice that the event is cancelled.

Doing nothing now, however, also means you give up any other rights. |

These rights and options -- **and the deadlines to exercise them** -- are explained in this Notice.

The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be made and credits will be given under the Settlement Agreement if the Court approves the Settlement and after appeals are resolved. Please be patient.

**QUESTIONS? Read on, visit www.TicketPurchaseSettlement.com or call 1-833-321-1231.**

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** ...............................................................................................4
1. Why did I receive a notice?
2. What is this lawsuit about?
3. What is a class action?
4. Why is there a Settlement?

**WHO IS IN THE SETTLEMENT** ..............................................................................4
5. How do I know if I am part of the Settlement?
6. I am still not sure if I am included.

**THE SETTLEMENT BENEFITS -- WHAT YOU GET** ..................................................5
7. How can I get a payment?
8. When would I get my cash payment or credit?
9. What if Settlement Class Members claim more than $7.5 million?
10. What am I giving up to stay in the Settlement Class?

**EXCLUDING YOURSELF FROM THE SETTLEMENT (OPTING OUT)** .........................6
11. How do I get out of the Settlement?
12. If I do not exclude myself, can I sue Vivid Seats for the same thing later?
13. If I exclude myself, can I get money from the Settlement?
14. If I exclude myself, can I object to the Settlement?
15. If I do not submit a Request for Exclusion by the deadline to do so or I do
    not send it to the address listed above, can I still exclude myself?

**THE LAWYERS REPRESENTING YOU** .....................................................................8
16. Do I have a lawyer in the case?
17. How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENT** .......................................................................8
18. How do I tell the Court that I do not like the Settlement?
19. What is the difference between objecting and excluding?
20. If I do not submit an objection by the deadline to do so or I do not
    properly file and service, can I still object to the Settlement?

**THE COURT'S FINAL APPROVAL HEARING** ........................................................10
21. When and where will the Court decide whether to approve the Settlement?
22. Do I have to attend the hearing?
23. May I speak at the hearing?

**IF YOU DO NOTHING** .........................................................................................11
24. What happens if I do nothing at all?

**EXTENDED DEADLINES FOR SETTLEMENT CLASS MEMBERS WHO RECEIVED NOTICE AS PART OF THE SUPPLEMENTAL NOTICE PROCESS** ...........................................11
25. What is the Supplemental Notice Process?
26. How do I know if I was sent Mailed or Emailed Notice as part of the Supplemental Notice Process?

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

2

**GETTING MORE INFORMATION**...............................................................................................12

27. Are there more details about the Settlement?

28. How do I get more information?

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

3

## BASIC INFORMATION

### 1. Why did I receive a notice?

This notice has been approved by the Court and summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please review the Settlement Agreement, available at www.TicketPurchaseSettlement .com. Judge Robert M. Dow Jr. of the United States District Court for the Northern District of Illinois is overseeing this class action. The lawsuit is known as *Nellis, et al. v. Vivid Seats LLC*, Case No. 1:20-cv-02486 (N.D. Ill.).

### 2. What is this lawsuit about?

The lawsuit claimed that Vivid Seats was obligated to provide payments for tickets purchased on or before April 1, 2021 to events that, at any time from September 29, 2016 through April 1, 2021, were cancelled, postponed or rescheduled, that Vivid Seats failed to do so and that ticket purchasers suffered damages and/or were otherwise entitled to relief as a result. Vivid Seats denies all of the allegations in the lawsuit.

### 3. What is a class action?

In a class action lawsuit, one or more people called named plaintiffs sue on behalf of other people who have similar claims. The people together are a class or class members. The company they sued is called the defendant. One court resolves the issues for everyone in the class, except for those people who choose to exclude themselves, or opt out, of the class.

### 4. Why is there a Settlement?

The Court did not decide in favor of Plaintiffs or Vivid Seats, the Defendant here. Instead, both sides agreed to a Settlement. The Plaintiffs and Class Counsel believe the proposed Settlement confers substantial benefits on the Settlement Class and have determined that the Settlement is in the best interest of the Settlement Class and represents a fair, reasonable and adequate resolution of the lawsuit.

Vivid Seats denies the claims in the lawsuit; denies all allegations of wrongdoing, fault, liability or damage to the Plaintiffs and the Settlement Class; and denies that it acted improperly or wrongfully in any way. Vivid Seats nevertheless recognizes the expense and time that would be required to defend the lawsuit through trial and has taken this into account in agreeing to this Settlement.

## WHO IS IN THE SETTLEMENT

To see if you will get any of the benefits of this Settlement, you first have to decide if you are a Settlement Class Member.

### 5. How do I know if I am part of the Settlement?

The Court decided that everyone who fits this description and does not fall under the exclusions below is a Settlement Class Member: *All persons or entities residing in the United States, its territories or Canada who at any time on or before April 1, 2021 purchased a ticket through Vivid Seats to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled or was postponed or rescheduled and has not yet occurred.*

Excluded from the Settlement Class are: (1) Vivid Seats and its subsidiaries and affiliates, employees, officers, directors, agents and representatives; (2) Class Counsel; (3) the judges who have presided over this lawsuit; and (4)

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

4

all persons or entities who have timely elected to become Opt Outs from the Settlement Class in accordance with the Court's orders.

| 6. **I am still not sure if I am included.** |
| --- |

If you are still unsure whether you are included, you can call or email the Settlement Administrator at 1-833-321-1231 or info@TicketPurchaseSettlement.com.

## THE SETTLEMENT BENEFITS -- WHAT YOU GET

| 7. **How can I get a payment?** |
| --- |

The proposed Settlement creates a common fund of $7.5 million to pay approved claims made by Settlement Class Members.

If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may have already received a credit on your Vivid Seats account toward the purchase of tickets to future events. As part of the Settlement, the expiration date for any such active, non-expired credits shall be extended, such that those credits are valid for use toward the purchase of tickets through Vivid Seats through December 31, 2022. **To receive this benefit, you are not required to do anything at this time. If you would instead prefer a cash payment equal to the price of the ticket(s) you purchased (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less any amounts paid with gift cards, store credit or loyalty credit) ("Purchase Price") to the Cancelled Event(s), less any sums already paid or spent in credit, you must submit a Claim Form to be eligible to qualify for a payment. You must submit or postmark your Claim Form by August 30, 2021 to be eligible to qualify for a payment, with the following exception: if you were sent Mailed or Emailed Notice of this Settlement as part of the Supplemental Notice Process,, you must submit or postmark your Claim Form by November 10, 2021 to be eligible to qualify for a payment.** The Claim Form is available at www.TicketPurchaseSettlement.com. You may submit a claim by completing and signing that Claim Form and submitting it in accordance with its instructions. You may submit a Claim Form by mail to Vivid Seats Purchase Settlement, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. You may also submit a Claim Form online at www.TicketPurchaseSettlement.com. If you have any questions about the Claim Form or how to file a claim, call 1-833-321-1231 or email info@TicketPurchaseSettlement.com. If you claim a cash payment, you will relinquish and no longer be entitled to any credit from Vivid Seats toward the purchase of tickets to events through Vivid Seats (except that you may be entitled to retain a certain portion of any such active credit in the event of oversubscription of the Cash Fund, as described in Section IV(D) of the Settlement Agreement). Vivid Seats shall also have no obligation to make any charitable payment or donation in connection with your purchase of tickets to a Cancelled Event, even if Vivid Seats previously agreed to make such a charitable payment or donation. You may be asked for additional information. Follow all instructions on the Claim Form and make sure to inform the Settlement Administrator of any changes in your address after you have submitted your Claim Form.

If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled but not yet cancelled, and that event is cancelled after April 1, 2021 and you hold that ticket(s) at the time of cancellation, you will be entitled to injunctive relief as part of the Settlement. Specifically, you will automatically be entitled to a credit on your Vivid Seats account toward the purchase of tickets to future events equal to 110% of the Purchase Price of the ticket(s) you purchased, less any sums already paid or spent in credit. By way of example only, if you paid a Purchase Price of $100 for a ticket to a Postponed Event and you have already been paid $50, in the event the Postponed Event becomes cancelled, you will automatically be entitled to a credit on your Vivid Seats account equal to $55 (1.10 x ($100 – $50)). That credit will be valid through December 31, 2022. You can instead elect to receive a cash

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

5

payment equal to the Purchase Price of the ticket(s) you purchased, less any amounts paid with gift cards, store credit or loyalty credit to the Postponed Event or Rescheduled Event that was later cancelled, less any sums already paid or spent in credit. **To elect to receive this cash payment, you will be required to request that cash payment from Vivid Seats within twenty-one (21) days of receiving notice that the Postponed Event or Rescheduled Event has been cancelled.**

## 8. When would I get my cash payment or credit?

The Court will hold a hearing on October 27, 2021 at 10 a.m. CDT, to decide whether to approve the Settlement. If the Court approves the Settlement after that, there may be appeals. It is always uncertain whether those appeals can be resolved, and resolving them can take time, perhaps more than a year. Please be patient.

## 9. What if Settlement Class Members claim more than $7.5 million?

If Settlement Class Members' claims from the Cash Fund would result in Vivid Seats paying more than $7.5 million to the Cash Fund, then each Settlement Class Member's claim will be reduced pro rata, meaning that each cash award will be reduced by an equal percentage until the Settlement Class Members' claims no longer exceed the funds available for payment from the $7.5 million. In the event of pro rata reductions, Settlement Class Members will retain a portion of any existing credit, but forfeit that portion of any existing credit that they currently hold and have not yet redeemed that is equal to (i) the credit issued prior to any redemption of that credit divided by the Purchase Price multiplied by (ii) the cash payment being issued. By way of examples only, if a Settlement Class Member originally paid a Purchase Price of $100, originally received in 2020 a credit valued at $100 (i.e., 100%) and receives $80 in cash from the Cash Fund, then the Settlement Class Member will receive a credit valued at $20 in addition to $80 in cash and will forfeit credits valued at $80 (($100/$100) x $80). If a Settlement Class Member originally paid a Purchase Price of $100, originally received in 2020 a credit valued at $110 (i.e., 110%) and receives $80 in cash from the Cash Fund, then the Settlement Class Member will receive a credit equal to $22 in addition to $80 in cash and will forfeit credits valued at $88 (($110/$100) x $80). If the Cash Fund is undersubscribed (i.e., fewer claims for compensation are approved than dollars or value available in the Cash Fund), then any remaining dollars within the Cash Fund shall be reallocated pro rata to previously-approved, valid claims against that Cash Fund. Vivid Seats shall have no obligation to make any charitable payment or donation in connection with a purchase of tickets to a Cancelled Event by a Settlement Class Member who receives a cash payment from the Cash Fund, even if the Cash Fund is oversubscribed or undersubscribed and even if Vivid Seats previously agreed to make such a charitable payment or donation.

## 10. What am I giving up to stay in the Settlement Class?

Unless you exclude yourself, you are staying in the Settlement Class, and that means that you cannot sue, continue to sue or be part of any other lawsuit against Vivid Seats about the legal issues in this case. It also means that all of the Court's orders will apply to you and legally bind you. If you sign the Claim Form, you will agree to a Release of claims which describes exactly the legal claims that you give up if you get Settlement benefits. The Release is defined and detailed in the Settlement Agreement, which is available at www.TicketPurchaseSettlement.com.

## EXCLUDING YOURSELF FROM THE SETTLEMENT (OPTING OUT)

If you do not want to participate in this Settlement, but you want to keep the right to sue or continue to sue Vivid Seats, on your own, about the legal issues in this case, then you must take steps to get out. This is called excluding yourself or opting out of the Settlement Class.

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

6

## 11. How do I get out of the Settlement?

Any member of the Settlement Class who wants to be excluded from the Settlement Class and to become an Opt Out must submit a Request for Exclusion to the Settlement Administrator at the address provided below.

Any request to be excluded from the Settlement Class had to be postmarked on or before July 15, 2021, with the following exception: if you were sent Mailed or Emailed Notice of this Settlement as part of the Supplemental Notice Process, any request to be excluded from the Settlement Class must be postmarked on or before September 27, 2021. All requests to be excluded from the Settlement Class must:

i.   Have the signature of the member of the Settlement Class, even if represented by counsel. If the member of the Settlement Class is an entity and not an individual, the Request for Exclusion must be signed by an officer or director of the entity with authority to act on behalf of that entity. If the member of the Settlement Class Member is represented by counsel, the Request for Exclusion shall also be signed by that attorney.

ii.   State the name, address and telephone number of the Person requesting exclusion;

iii.   Identify all of the Cancelled Events, Postponed Events and/or Rescheduled Events to which the Person purchased tickets through Vivid Seats and the date on which each event was originally scheduled to occur; and

iv.   Contain a clear and unambiguous statement communicating that such Person elects to be excluded from the Settlement Class, does not wish to be a Settlement Class Member and elects to be excluded from any judgment entered pursuant to the Settlement.

Requests for Exclusion must be mailed to:

Class Action Opt-Outs
ATTN: *Vivid Seats Purchase Settlement*
PO Box 58220
Philadelphia, PA 19102

If you exclude yourself, you must do so with respect to all tickets that you purchased through Vivid Seats on or before April 1, 2021 to events that, at any time from September 29, 2016 through April 1, 2021, were cancelled, postponed and/or rescheduled. You may not exclude yourself with respect to some but not all of these tickets. Further, you may exclude yourself on an individual basis only; so-called "mass" or "class" opt outs are not allowed.

## 12. If I do not exclude myself, can I sue Vivid Seats for the same thing later?

No. Unless you exclude yourself, you will be bound by the Final Order and Judgment, and you give up the right to sue Vivid Seats for the claims that this Settlement resolves. If you have a pending lawsuit, speak to your lawyer in that lawsuit immediately. You must exclude yourself from this Settlement Class to continue your own lawsuit.

## 13. If I exclude myself, can I get money from the Settlement?

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

7

No.  If you exclude yourself, do not submit a Claim Form to ask for a cash payment.  But you may sue, continue to sue or be part of a different lawsuit against Vivid Seats.

**14. If I exclude myself, can I object to the Settlement?**

No.  A member of the Settlement Class who submits a timely Request for Exclusion may not file an objection to the Settlement and shall be deemed to have waived any rights or benefits under this Settlement Agreement.

**15. If I do not submit a Request for Exclusion by the deadline to do so or I do not send it to the address listed above, can I still exclude myself?**

No.  Any member of the Settlement Class who fails to submit a timely and complete Request for Exclusion sent to the proper address shall be subject to and bound by this Settlement and every order or judgment entered pursuant to this Settlement.  Any purported Request for Exclusion or other communication sent to such address that is unclear or internally inconsistent with respect to the desire of the member of the Settlement Class to be excluded from the Settlement Class will be deemed invalid unless determined otherwise by the Court.  Requests for Exclusion signed only by counsel or another representative shall not be permitted.

# THE LAWYERS REPRESENTING YOU

**16. Do I have a lawyer in the case?**

The Court has appointed Steven D. Liddle, Esq., and Nicholas A. Coulson, Esq., of Liddle & Dubin, P.C. to represent you as Class Counsel.  You will not be charged for these lawyers.  If you want to be represented by your own lawyer, you may hire one at your own expense.

**17. How will the lawyers be paid?**

Class Counsel will ask the Court for Attorneys' Fees and Expenses up to $2,500,000 and a payment of $2,500 for each of the Plaintiffs.  The Court may award less than these amounts.  The fees and expenses that the Court approves will be paid from the Cash Fund.  The costs to administer the Settlement will also be paid from the Cash Fund.  Class Counsel's Motion for Attorneys' Fees and Expenses will be available on the Settlement Website once it has been filed.

# OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the Settlement or some part of it.

**18. How do I tell the Court that I do not like the Settlement?**

If you are a Settlement Class Member, you can object to the Settlement if you do not like any part of it.  You can ask the Court to deny approval by filing a written notice of objection.  You cannot ask the Court to order a different Settlement; the Court can only approve or reject the Settlement.  If the Court denies approval, no cash payments or credits will be provided under the Settlement, and the lawsuit will continue.  If that is what you want to happen, you may object.  Please note that you cannot both object to the Settlement and opt out of it.

Any objection to the proposed Settlement must be in writing.  If you file a timely written notice of objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney.  If you appear through your own attorney, you are responsible for hiring and paying that attorney.  Your objection

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

8

had to be filed on or before July 15, 2021 or it will not be considered, with the following exception: if you were sent Mailed or Emailed Notice of this Settlement as part of the Supplemental Notice Process, your objection must be filed on or before September 27, 2021.

Any Settlement Class Member who wishes to be heard at the Final Approval Hearing, or who wishes for any objection to be considered, must file a written notice of objection by the applicable deadline stated in the previous paragraph, and the written notice of objection must:

i. Have the signature of the member of the Settlement Class objecting, even if represented by counsel. If the member of the Settlement Class is an entity and not an individual, the objection must be signed by an officer or director of the entity with authority to act on behalf of that entity. If the Settlement Class Member that is objecting to the Settlement is represented by counsel, the objection shall also be signed by that attorney;

ii. State the name, address and telephone number of the Settlement Class Member objecting;

iii. State the name, address and telephone number of every attorney representing or assisting the objector;

iv. Identify all of the Cancelled Events, Postponed Events and/or Rescheduled Events to which the Settlement Class Member purchased tickets through Vivid Seats and the date on which each event was originally scheduled to occur;

v. Contain a detailed statement of each objection asserted, including the grounds for objection and reasons for appearing and being heard, together with any documents such Settlement Class Member wishes to be considered in support of the objection;

vi. A list of all cases in which the Settlement Class Member or Settlement Class Member's counsel filed an objection or in any way participated -- financially or otherwise -- in objecting to a class settlement during the preceding five years; and

vii. Contain a statement regarding whether the Settlement Class Member intends to appear at the Final Approval Hearing, either with or without counsel, and a list of all persons, if any, who will be called to testify in support of the objection.

A Settlement Class Member had to file a notice of objection, including any request to be heard with the Clerk of the Court, and serve by mail or hand delivery such notice of objection, including any request to be heard, including all papers or evidence in support thereof, upon one of the Class Counsel and Defense Counsel, at the addresses set forth below no later than July 15, 2021, with the following exception: if a Settlement Class Member was sent Mailed or Emailed Notice of this Settlement as part of the Supplemental Notice Process, the Settlement Class Member must file a notice of objection, including any request to be heard with the Clerk of the Court, and serve by mail or hand delivery such notice of objection, including any request to be heard, including all papers or evidence in support thereof, upon one of the Class Counsel and Defense Counsel, at the addresses set forth below no later than September 27, 2021.

| Clerk of the Court | Class Counsel | Defense Counsel |
| --- | --- | --- |
| Clerk of the Court<br>United States District Court<br>for the Northern District of Illinois<br>219 South Dearborn Street<br>Chicago, Illinois 60604 | Steven D. Liddle, Esq.<br>Nicholas A. Coulson, Esq.<br>Liddle & Dubin, P.C.<br>975 East Jefferson Avenue<br>Detroit, Michigan 48207 | Mark S. Mester, Esq.<br>Robert C. Collins III, Esq.<br>Latham & Watkins LLP<br>330 North Wabash Ave., Ste. 2800<br>Chicago, Illinois 60611 |

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

9

Any Settlement Class Member who does not properly or timely file his or her objection with the Clerk of the Court, along with the required information and documentation set forth above, or to serve it as provided above, shall not be heard during the Final Approval Hearing, shall not have their objections considered by the Court and shall be foreclosed from seeking any adjudication or review of the Settlement by appeal or otherwise.

## 19. What is the difference between objecting and excluding?

Objecting is simply telling the Court that you do not like something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

## 20. If I do not submit an objection by the deadline to do so or I do not properly file and serve it, can I still object to the Settlement?

No. Any Settlement Class Member who does not properly or timely file his or her objection with the Clerk of the Court, along with the required information and documentation set forth above, or to serve it as provided above, shall not be heard during the Final Approval Hearing, shall not have their objections considered by the Court and shall be foreclosed from seeking any adjudication or review of the Settlement by appeal or otherwise.

# THE COURT'S FINAL APPROVAL HEARING

The Court will hold a hearing to decide whether to approve the Settlement. You may attend and you may ask to speak, but you do not have to.

## 21. When and where will the Court decide whether to approve the Settlement?

The Court will hold a Final Approval Hearing at 10 a.m. CDT on October 27, 2021 in Courtroom 2303 at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 or by remote means as ordered by the Court. At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. If there are timely and proper objections, the Court will consider them. The Court will listen to people who have timely and properly asked to speak at the hearing. The Court may also decide how much to pay Class Counsel and award Plaintiffs. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

## 22. Do I have to attend the hearing?

No. Class Counsel will answer any questions the Court may have, but you are welcome to come at your own expense. If you submit an objection, you do not have to come to Court to talk about it. As long as you timely and properly submitted your written objection, along with the required information and documentation set forth above, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

## 23. May I speak at the hearing?

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must submit a written notice of objection that states your intention to appear at the Final Approval Hearing, either with or without counsel, as outlined above. Be sure to include your name, address, telephone number and your signature as well as the signature of any attorney representing you, in addition to the other information outlined above. Your written notice of objection indicating your intention to appear had to be filed with the Clerk of the Court, and served by mail or hand delivery upon one of the Class Counsel and Defense Counsel, at the addresses set forth on Page 8 above, no

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

10

later than July 15, 2021, with the following exception: if you were sent Mailed or Emailed Notice of this Settlement as part of the Supplemental Notice Process, your written notice of objection indicating your intention to appear must be filed with the Clerk of the Court, and served by mail or hand delivery upon one of the Class Counsel and Defense Counsel, at the addresses set forth on Page 8 above, no later than September 27, 2021. You cannot speak at the hearing if you excluded yourself.

# IF YOU DO NOTHING

## 24. What happens if I do nothing at all?

If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may have already received a credit on your Vivid Seats account toward the purchase of tickets to future events. If you do nothing, the expiration date for any such active, non-expired credits shall be extended through December 31, 2022, such that those credits are valid for use toward the purchase of tickets through Vivid Seats through December 31, 2022. If you do nothing, and do not properly submit or postmark a Claim Form by the applicable deadline set forth in Paragraph 7 above, you will not be eligible to receive any cash payment as part of the Class Settlement. In addition, unless you exclude yourself from the Settlement Class, you will give up your right to be able to start a lawsuit, continue with a lawsuit or be part of any other lawsuit against Vivid Seats about the legal issues in this case ever again.

If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled but not yet cancelled, that event is cancelled after April 1, 2021, and you do nothing, you will be entitled to injunctive relief as part of the Settlement. Specifically, you will automatically be entitled to a credit on your Vivid Seats account toward the purchase of tickets to future events equal to 110% of the total Purchase Price of the ticket(s) less any sums already paid or spent in credit. By way of example only, if you paid a Purchase Price of $100 for a ticket to a Postponed Event and you have already been paid $50, in the event the Postponed Event becomes cancelled, you will automatically be entitled to a credit on your Vivid Seats account equal to $55 ($1.10 x ($100 – $50)). That credit will be valid through December 31, 2022. If you would rather receive a cash payment equal to the Purchase Price of the ticket(s) you purchased to the Postponed Event or Rescheduled Event that is later cancelled after April 1, 2021, less any sums already paid or spent in credit, you will be able to request one by sending your request to Vivid Seats within twenty-one (21) days of receiving notice that the Postponed Event or Rescheduled Event has been cancelled.

Whether or not you request a cash payment, however, by doing nothing and not excluding yourself from the Settlement Class now, you will give up your right to be able to start a lawsuit, continue with a lawsuit or be part of any other lawsuit against Vivid Seats about the legal issues in this case ever again.

# EXTENDED DEADLINES FOR SETTLEMENT CLASS MEMBERS WHO RECEIVED NOTICE AS PART OF THE SUPPLEMENTAL NOTICE PROCESS

## 25. What is the Supplemental Notice Process?

The Supplemental Notice Process (defined on Page 1) is an additional round of Mailed and Emailed Notice that the Court ordered the Parties to send to certain Settlement Class Members by August 12, 2021. Settlement Class Members who received Mailed or Emailed Notice as part of the Supplemental Notice Process have extended deadlines to submit or postmark a Claim Form, postmark a Request for Exclusion or file an objection to the Settlement. Those extended deadlines are stated on Page 1 of this Notice.

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

11

**26. How do I know if I was sent Mailed or Emailed Notice as part of the Supplemental Notice Process?**

The Settlement Class Members who were sent Mailed or Emailed Notice as part of the Supplemental Notice Process received Mailed and Emailed Notices with a claim number that begins with "VTP2000." All other Settlement Class Members received Mailed and Emailed Notices with a claim number that begins with "VTP1000."

## GETTING MORE INFORMATION

**27. Are there more details about the Settlement?**

This Notice summarizes the proposed Settlement. More details are in the Settlement Agreement. You can get a copy of the Settlement Agreement and other important case documents at www.TicketPurchaseSettlement.com.

**28. How do I get more information?**

You can call toll-free 1-833-321-1231, email info@TicketPurchaseSettlement.com or visit the website at www.TicketPurchaseSettlement.com, where you will be able to find the Claim Form, Motions for Approval of Attorneys' Fees and Expenses and Plaintiffs' Settlement Awards and Settlement Agreement and other important documents related to the Settlement. **You should check the website regularly for updates on the case, including regarding the Settlement, the approval process for the Settlement, the scope and terms of the Settlement Class and the scope and terms of the Settlement.**

You may also contact the attorneys appointed by the Court to serve as Class Counsel:

Steven D. Liddle, Esq.
Nicholas A. Coulson, Esq.
**Liddle & Dubin, P.C.**
975 East Jefferson Avenue
Detroit, Michigan 48207
Telephone: (313) 392-0015

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

Questions? Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

12

# Exhibit E

Vivid Seats Purchase Settlement
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
1-833-321-1231
www.TicketPurchaseSettlement.com

**VTP**

## <u>VIVID SEATS TICKET PURCHASE SETTLEMENT CLAIM FORM – CANCELLED EVENTS</u>

### I.     <u>INSTRUCTIONS</u>

**You can submit this form by mail to Vivid Seats Purchase Settlement, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103, or you can file claims online at <u>www.TicketPurchaseSettlement.com</u>.  The deadline to submit or postmark a claim is August 30, 2021, with the following exception: if you were sent Mailed or Emailed Notice of this Settlement as part of the supplemental notice process that required supplemental notice by August 12, 2021 to certain Settlement Class Members and that was authorized by the Court in its July 15, 2021 Order (available at <u>www.TicketPurchaseSettlement.com</u>) (i.e., the Supplemental Notice Process), Claim Forms must be submitted online or postmarked by November 10, 2021.**

**Please carefully read the Class Notice (available at <u>www.TicketPurchaseSettlement.com</u>) regarding the Settlement before filling out this form.  Terms in this Claim Form are defined in the Class Notice and/or the Settlement Agreement, both of which are available at the Settlement Website (<u>www.TicketPurchaseSettlement.com</u>), or by calling 1-833-321-1231 or emailing <u>info@TicketPurchaseSettlement.com</u>.**

### II.     <u>OPTIONS FOR PURCHASERS OF TICKETS TO CANCELLED EVENTS</u>

If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may have already received a credit on your Vivid Seats account toward the purchase of tickets to future events.  The expiration date for any such active, non-expired credit will be extended such that that credit is valid for use toward the purchase of tickets through Vivid Seats through December 31, 2022.  To receive this benefit, you are not required to do anything.  If you would instead prefer a cash payment equal to the price of the ticket(s) you purchased (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less any amounts paid with gift cards, store credit or loyalty credit) to the Cancelled Event(s), less any sums already paid or spent in credit, you must submit this form by the applicable deadline set forth above to be eligible to qualify for a payment.  By submitting this claim form and receiving payment hereunder, you will relinquish, and no longer be entitled to, the credit on your Vivid Seats account (except that you may be entitled to retain a certain portion of that credit in the event of oversubscription of the Cash Fund, as described in Section IV(A) of the Settlement Agreement).  Vivid Seats shall also have no obligation to make any charitable payment or donation in connection with your purchase of tickets to a Cancelled Event, even if Vivid Seats previously agreed to make such a charitable payment or donation.

### III.     <u>CLAIMANT INFORMATION</u>

First Name                                             MI      Last Name

Mailing Address, Line 1

Mailing Address, Line 2

City                                                                 State       Zip Code

Telephone Number (Primary)                          Telephone Number (Secondary)

Email Address Used with Vivid Seats

Questions?  Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

1

## IV.    EVENT INFORMATION

*If you purchased tickets through Vivid Seats on or before April 1, 2021 to more than one event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, complete and attach an additional page for each such event for which you seek a cash payment.*

| Name of Cancelled Event | | | |
|---|---|---|---|
| | | | |
| **Original Date of Cancelled Event** | **Number of Tickets** | **Order Total** | **Vivid Seats Order Number** |
| | | | |

## V.    <u>CLAIM CERTIFICATION AND RELEASE</u>

*I have received notice of the Settlement, and I submit this Claim Form under the terms of the Settlement. I acknowledge that under the terms of the Settlement, I am bound by any Court judgment that may be entered in this lawsuit and, upon the Effective Date of the Settlement, will release claims against Vivid Seats as set forth in the Settlement Agreement. I submit to the jurisdiction of the United States District Court for the Northern District of Illinois with regard to my claim and for purposes of enforcing the release of claims. I acknowledge that all claims are subject to investigation, and any false claims may be subject to legal action. By submitting this claim form and receiving payment hereunder, I understand and acknowledge that by electing a cash payment, I am relinquishing, and will no longer be entitled to, a credit from Vivid Seats toward the purchase of tickets to events through Vivid Seats, pursuant to the terms of the Settlement Agreement, and Vivid Seats shall have no obligation to make any charitable payment or donation in connection with my purchase of tickets to a Cancelled Event, even if Vivid Seats previously agreed to make such a charitable payment or donation.*

*I certify under penalty of perjury that all of the foregoing information is true and correct.*

_____         _____
Signature of Claimant                                                        Date

Questions?  Call toll-free 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

2

# Exhibit F

From Email: DoNotRely@ticketpurchasesettlement.com
From: Vivid Seats Purchase Settlement Administrator
Subject Line: Vivid Seats Purchase Settlement – Legal Notice

**Notice ID:**
**Confirmation Code:**
**Name:**

<u>**LEGAL NOTICE BY ORDER OF THE**</u>
<u>**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**</u>

*A federal court authorized this notice. This is **not** a solicitation from a lawyer.*

**If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may be entitled to a cash payment or other relief from a proposed class action settlement.**

**If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled, you may be entitled to a cash payment or other relief from a class action settlement if the event is cancelled.**

This notice is only a summary. It contains information about a class action settlement. More detailed information can be found at:

www.TicketPurchaseSettlement.com.
**Questions?** Call 1-833-321-1231.

*Para ver este aviso en español*, visite
www.TicketPurchaseSettlement.com.

**You should check the website regularly for updates on the case, including regarding the Settlement, the approval process for the Settlement, the scope and terms of the Settlement Class and the scope and terms of the Settlement.**

**What is this notice about?** A proposed Settlement has been reached in a lawsuit against Vivid Seats LLC ("Vivid Seats"). The lawsuit claimed that Vivid Seats was obligated to make payments for tickets purchased on or before April 1, 2021 to events that, at any time from September 29, 2016 through April 1, 2021, were cancelled, postponed or rescheduled, that Vivid Seats failed to do so and that purchasers were injured as a result. Vivid Seats denies these allegations. If approved by the Court, the Settlement resolves the case and provides benefits to Settlement Class Members who do not exclude themselves.

**Who is included?** You may be a Settlement Class Member if you reside in the United States, its territories or Canada, and you used Vivid Seats to purchase tickets on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021 was cancelled, postponed or rescheduled.

**What can I get if the event to which I purchased tickets was cancelled?** The proposed Settlement creates a common fund of $7.5 million to pay approved claims.

If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may have already received a credit on your Vivid Seats account toward the purchase of tickets to future events. The expiration date for any such active, non-expired credits will be extended through December 31, 2022. **To receive this benefit, you need not do anything. If you would instead prefer a cash payment equal to the price of the ticket(s) you purchased to the Cancelled Event(s) (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less amounts paid with gift cards, store credit or loyalty credit), less any sums already paid or spent in credit, you must submit or postmark a Claim Form by August 30, 2021 to be eligible.** The Claim Form is available at www.TicketPurchaseSettlement.com and can be submitted by mail to Vivid Seats Purchase Settlement, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 or online at www.TicketPurchaseSettlement.com. If you have any questions about how to file a claim, call 1-833-321-1231 or email info@TicketPurchaseSettlement.com. If you claim a cash payment, you will no longer be entitled to any credit toward the purchase of tickets to events (except as described in the Settlement Agreement). Vivid Seats shall also have no obligation to make any charitable donation in connection with your purchase of tickets to a Cancelled Event. Based on the number of claims filed, you may receive more than your purchase price, or you may receive less. If you receive less, you will retain at least as much of any credit you presently hold as is necessary to constitute 100% of the purchase price (as defined above) when combined with your cash payment.

**What can I get if the event to which I purchased tickets was postponed or rescheduled?** If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled but not yet cancelled, and that event is cancelled after April 1, 2021, you will automatically be entitled to a credit on your Vivid Seats account toward the purchase of tickets to future events equal to 110% of the total of the price of the ticket(s) you purchased (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less any amounts paid with gift cards, store credit or loyalty credit) less any sums already paid or spent in credit. That credit will be valid through December 31, 2022. You can instead elect to receive a cash payment equal to the price of the ticket(s) you purchased (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less any amounts paid with gift cards, store credit or loyalty credit) to the Postponed Event or Rescheduled Event that was later cancelled, less any sums already paid or spent in credit. **To elect to receive this cash payment, you must request it from Vivid Seats within twenty-one (21) days of receiving notice that the Postponed Event or Rescheduled Event has been cancelled.**

**What are my options?**

1. **If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you can (1) do nothing and any active, non-expired credit you have already received will be extended, (2) submit or postmark a Claim Form by August 30, 2021 to request a cash payment, (3) exclude yourself by July 15, 2021 or (4) object to the Settlement by July 15, 2021.**

2. **If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled, you can (1) do nothing and be eligible for the injunctive relief in the Settlement, (2) exclude yourself by July 15, 2021 or (3) object to the Settlement by July 15, 2021.**

If you exclude yourself, you must do so with respect to all tickets otherwise covered by this Settlement. You may not exclude yourself with respect to some but not all of these tickets. If you do not exclude

yourself, and the Court approves the Settlement, you will be bound by the Court's orders and judgments and will release your claims against Vivid Seats (including any that you have already initiated in any proceeding), even if you do not file a claim. For information on how to exclude yourself, object or file a claim, visit www.TicketPurchaseSettlement.com or call 1-833-321-1231.

**What happens next?** The Court, located in Chicago, Illinois, will hold a hearing on **August 10, 2021 at 10 a.m. CDT** (or such other date as set by the Court) to decide whether to approve the Settlement, including how much to pay Class Counsel for their work in representing the Settlement Class and what Service Award, if any, should be given to the Plaintiffs. You may attend this hearing, but you do not have to. You or your attorney may ask permission to speak at the hearing at your own cost. The date and time of this hearing may change without further notice. Please check www.TicketPurchaseSettlement.com for updates.

**Who represents me?** The Court has appointed Steven D. Liddle, Esq., and Nicholas A. Coulson, Esq., of Liddle & Dubin, P.C. (975 E. Jefferson Avenue, Detroit, MI 48207 or 1-313-392-0015) to represent you as Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

**How do I get more information?** For more information, including the Emailed Notice, Published Notice, Claim Form, Motions for Approval of Attorneys' Fees and Expenses and Plaintiffs' Settlement Awards and Settlement Agreement, call 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE**.

*Unsubscribe*

# Exhibit G

████████████

**From:**        Vivid Seats Purchase Settlement Administrator
                <DoNotReply@ticketpurchasesettlement.com>
**Sent:**       Wednesday, June 23, 2021 1:41 PM
**To:**         ████████████
**Subject:**    [External] Vivid Seats Purchase Settlement – Legal Notice – Follow-Up

[ This is an External Email – Do Not Click Unsolicited Links or Attachments ]

Notice ID: ████████

Confirmation Code: ██████

Name: ████████

#### FOLLOW-UP TO LEGAL NOTICE

You recently received an email with the legal notice set forth below, which notified you of a proposed Settlement involving Vivid Seats. After you received the notice email, you may have encountered a time-out error message if you attempted to submit a Claim Form through the Settlement website. If you received a confirmation email with a Submitted Claim ID, you do not need to take any other action. If, however, you received the error message, did not receive a confirmation email and would still like to submit a Claim Form through the website, you may now do so by visiting www.TicketPurchaseSettlement.com.

#### LEGAL NOTICE BY ORDER OF THE
#### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
*A federal court authorized this notice. This is not a solicitation from a lawyer.*

If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may be entitled to a cash payment or other relief from a proposed class action settlement. If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled, you may be entitled to a cash payment or other relief from a class action settlement if the event is cancelled.

If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled, you may

be entitled to a cash payment or other relief from a class action settlement if the event is cancelled.

This notice is only a summary. It contains information about a class action settlement. More detailed information can be found at:

www.TicketPurchaseSettlement.com.
**Questions?** Call 1-833-321-1231.
Para ver este aviso en español, visite
www.TicketPurchaseSettlement.com.


**You should check the website regularly for updates on the case, including regarding the Settlement, the approval process for the Settlement, the scope and terms of the Settlement Class and the scope and terms of the Settlement.**

What is this notice about? A proposed Settlement has been reached in a lawsuit against Vivid Seats LLC ("Vivid Seats"). The lawsuit claimed that Vivid Seats was obligated to make payments for tickets purchased on or before April 1, 2021 to events that, at any time from September 29, 2016 through April 1, 2021, were cancelled, postponed or rescheduled, that Vivid Seats failed to do so and that purchasers were injured as a result. Vivid Seats denies these allegations. If approved by the Court, the Settlement resolves the case and provides benefits to Settlement Class Members who do not exclude themselves. Who is included? You may be a Settlement Class Member if you reside in the United States, its territories or Canada, and you used Vivid Seats to purchase tickets on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021 was cancelled, postponed or rescheduled.

Who is included? You may be a Settlement Class Member if you reside in the United States, its territories or Canada, and you used Vivid Seats to purchase tickets on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021 was cancelled, postponed or rescheduled.

What can I get if the event to which I purchased tickets was cancelled? The proposed Settlement creates a common fund of $7.5 million to pay approved claims. If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may have already received a credit on your Vivid Seats account toward the purchase of tickets to future events. The expiration date for any such active, non-expired credits will be extended through December 31, 2022. **To receive this benefit, you need not do anything. If you would instead prefer a cash payment equal to the price of the ticket(s) you purchased to the Cancelled Event(s) (inclusive of base price,**

**fees and delivery charges, exclusive of any insurance charges and less amounts paid with gift cards, store credit or loyalty credit), less any sums already paid or spent in credit, you must submit or postmark a Claim Form by August 30, 2021 to be eligible.** The Claim Form is available at www.TicketPurchaseSettlement.com and can be submitted by mail to Vivid Seats Purchase Settlement, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 or online at www.TicketPurchaseSettlement.com. If you have any questions about how to file a claim, call 1-833-321-1231 or email info@TicketPurchaseSettlement.com. If you claim a cash payment, you will no longer be entitled to any credit toward the purchase of tickets to events (except as described in the Settlement Agreement). Vivid Seats shall also have no obligation to make any charitable donation in connection with your purchase of tickets to a Cancelled Event. Based on the number of claims filed, you may receive more than your purchase price, or you may receive less. If you receive less, you will retain at least as much of any credit you presently hold as is necessary to constitute 100% of the purchase price (as defined above) when combined with your cash payment.

What can I get if the event to which I purchased tickets was postponed or rescheduled? If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled but not yet cancelled, and that event is cancelled after April 1, 2021, you will automatically be entitled to a credit on your Vivid Seats account toward the purchase of tickets to future events equal to 110% of the total of the price of the ticket(s) you purchased (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less any amounts paid with gift cards, store credit or loyalty credit) less any sums already paid or spent in credit. That credit will be valid through December 31, 2022. You can instead elect to receive a cash payment equal to the price of the ticket(s) you purchased (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less any amounts paid with gift cards, store credit or loyalty credit) to the Postponed Event or Rescheduled Event that was later cancelled, less any sums already paid or spent in credit. **To elect to receive this cash payment, you must request it from Vivid Seats within twenty-one (21) days of receiving notice that the Postponed Event or Rescheduled Event has been cancelled.**

What are my options?

1. **If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you can (1) do nothing and any active, non-expired credit you have already received will be extended, (2) submit or postmark a Claim Form by August 30, 2021 to request a cash payment, (3) exclude yourself by July 15, 2021 or (4) object to the Settlement by July 15, 2021.**

2. **If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled, you can (1) do nothing and be eligible for the injunctive relief in the Settlement, (2) exclude yourself by July 15, 2021 or (3) object to the Settlement by July 15, 2021.**

If you exclude yourself, you must do so with respect to all tickets otherwise covered by this Settlement. You may not exclude yourself with respect to some but not all of these tickets. If you do not exclude yourself, and the Court approves the Settlement, you will be bound by the Court's orders and judgments and will release your claims against Vivid Seats (including any that you have already initiated in any proceeding), even if you do not file a claim. For information on how to exclude yourself, object or file a claim, visit www.TicketPurchaseSettlement.com or call 1-833-321-1231.

What happens next? The Court, located in Chicago, Illinois, will hold a hearing on **August 10, 2021 at 10 a.m. CDT** (or such other date as set by the Court) to decide whether to approve the Settlement, including how much to pay Class Counsel for their work in representing the Settlement Class and what Service Award, if any, should be given to the Plaintiffs. You may attend this hearing, but you do not have to. You or your attorney may ask permission to speak at the hearing at your own cost. The date and time of this hearing may change without further notice. Please check www.TicketPurchaseSettlement.com for updates.

Who represents me? The Court has appointed Steven D. Liddle, Esq., and Nicholas A. Coulson, Esq., of Liddle & Dubin, P.C. (975 E. Jefferson Avenue, Detroit, MI 48207 or 1-313-392-0015) to represent you as Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

How do I get more information? For more information, including the Emailed Notice, Published Notice, Claim Form, Motions for Approval of Attorneys' Fees and Expenses and Plaintiffs' Settlement Awards and Settlement Agreement, call 1-833-321-1231 or visit www.TicketPurchaseSettlement.com

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

# Exhibit H

███████████

**From:** Vivid Seats Purchase Settlement Administrator
<DoNotReply@TicketPurchaseSettlement.com>
**Sent:** Wednesday, August 11, 2021 2:03 PM
**To:** ████████████
**Subject:** [External] Vivid Seats Purchase Settlement – Legal Notice

[ This is an External Email – Do Not Click Unsolicited Links or Attachments ]

**Notice ID:** ████████████
**Confirmation Code:** ██████
**Name:** ████████████

### LEGAL NOTICE BY ORDER OF THE
### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

*A federal court authorized this notice. This is **not** a solicitation from a lawyer.*

**If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may be entitled to a cash payment or other relief from a class action settlement.**

**If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled, you may be entitled to a cash payment or other relief from a class action settlement if the event is cancelled.**

This notice is only a summary. It contains information about a class action settlement. More detailed information can be found at:

www.TicketPurchaseSettlement.com.
**Questions?** Call 1-833-321-1231.

*Para ver este aviso en español*, visite
www.TicketPurchaseSettlement.com.

**You should check the website regularly for updates on the case, including regarding the Settlement, the approval process for the Settlement, the scope and terms of the Settlement**

Class and the scope and terms of the Settlement.

**What is this notice about?** A proposed Settlement has been reached in a lawsuit against Vivid Seats LLC ("Vivid Seats"). The lawsuit claimed that Vivid Seats was obligated to make payments for tickets purchased on or before April 1, 2021 to events that, at any time from September 29, 2016 through April 1, 2021, were cancelled, postponed or rescheduled, that Vivid Seats failed to do so and that purchasers were injured as a result. Vivid Seats denies these allegations. If approved by the Court, the Settlement resolves the case and provides benefits to Settlement Class Members who do not exclude themselves.

**Who is included?** You may be a Settlement Class Member if you reside in the United States, its territories or Canada, and you used Vivid Seats to purchase tickets on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, postponed or rescheduled.

**What can I get if the event to which I purchased tickets was cancelled?** The proposed Settlement creates a common fund of $7.5 million to pay approved claims.

If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you may have already received a credit on your Vivid Seats account toward the purchase of tickets to future events. The expiration date for any such active, non-expired credits will be extended through December 31, 2022. **To receive this benefit, you need not do anything. If you would instead prefer a cash payment equal to the price of the ticket(s) you purchased to the Cancelled Event(s) (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less amounts paid with gift cards, store credit or loyalty credit), less any sums already paid or spent in credit, you must submit or postmark a Claim Form by November 10, 2021 to be eligible.** The Claim Form is available at www.TicketPurchaseSettlement.com and can be submitted by mail to *Vivid Seats Purchase Settlement,* c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 or online at www.TicketPurchaseSettlement.com. If you have any questions about how to file a claim, call 1-833-321-1231 or email info@TicketPurchaseSettlement.com. If you claim a cash payment, you will no longer be entitled to any credit toward the purchase of tickets to events (except as described in the Settlement Agreement). Vivid Seats shall also have no obligation to make any charitable donation in connection with your purchase of tickets to a Cancelled Event. Based on the number of claims filed, you may receive more than your purchase price, or you may receive less. If you receive less, you will retain at least as much of any credit you presently hold as is necessary to constitute 100% of the purchase price (as defined above) when combined with your cash payment.

**What can I get if the event to which I purchased tickets was postponed or rescheduled?** If you purchased a ticket(s) through Vivid Seats on or before April 1, 2021 to an event(s) that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled but not yet cancelled, and that event is cancelled after April 1, 2021, you will automatically be entitled to a credit on your Vivid Seats account toward the purchase of tickets to future events equal to 110% of the total of the price of the ticket(s) you purchased (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less any amounts paid with gift cards, store credit or loyalty credit) less any sums already paid or spent in credit. That credit will be valid through December 31, 2022. You can instead elect to receive a cash payment equal to the price of the ticket(s) you purchased (inclusive of base price, fees and delivery charges, exclusive of any insurance charges and less any amounts paid with gift cards, store credit or loyalty credit) to the Postponed Event or Rescheduled Event that was later cancelled, less any sums already paid or spent in credit. **To elect to receive this cash payment, you must request it from Vivid Seats within twenty-one (21) days of receiving notice that the Postponed Event or Rescheduled Event has been cancelled.**

**What are my options?**

1. **If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was cancelled, you can (1) do nothing and any active, non-expired credit you have already received will be extended, (2) submit or postmark a Claim Form by November 10, 2021 to request a cash payment, (3) exclude yourself by September 27, 2021 or (4) object to the Settlement by September 27, 2021.**

2. **If you purchased a ticket through Vivid Seats on or before April 1, 2021 to an event that, at any time from September 29, 2016 through April 1, 2021, was postponed or rescheduled, you can (1) do nothing and be eligible for the injunctive relief in the Settlement, (2) exclude yourself by September 27, 2021 or (3) object to the Settlement by September 27, 2021.**

If you exclude yourself, you must do so with respect to <u>all</u> tickets otherwise covered by this Settlement. You may not exclude yourself with respect to some but not all of these tickets. If you do not exclude yourself, and the Court approves the Settlement, you will be bound by the Court's orders and judgments and will release your claims against Vivid Seats (including any that you have already initiated in any proceeding), even if you do not file a claim. For information on how to exclude yourself, object or file a claim, visit www.TicketPurchaseSettlement.com or call 1-833-

321-1231.

**What happens next?** The Court, located in Chicago, Illinois, will hold a hearing on **October 27, 2021 at 10 a.m. CDT** (or such other date as set by the Court) to decide whether to approve the Settlement, including how much to pay Class Counsel for their work in representing the Settlement Class and what Service Award, if any, should be given to the Plaintiffs. You may attend this hearing, but you do not have to. You or your attorney may ask permission to speak at the hearing at your own cost. The date and time of this hearing may change without further notice. Please check www.TicketPurchaseSettlement.com for updates.

**Who represents me?** The Court has appointed Steven D. Liddle, Esq., and Nicholas A. Coulson, Esq., of Liddle & Dubin, P.C. (975 E. Jefferson Avenue, Detroit, MI 48207 or 1-313-392-0015) to represent you as Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

**How do I get more information?** For more information, including the Emailed Notice, Published Notice, Claim Form, Motions for Approval of Attorneys' Fees and Expenses and Plaintiffs' Settlement Awards and Settlement Agreement, call 1-833-321-1231 or visit www.TicketPurchaseSettlement.com.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

Unsubscribe

4

# Exhibit I



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

March 19, 2021

VIA USPS PRIORITY MAIL

Attorney General of the United States &
Appropriate Officials

**Re:    Notice of Class Action Settlement**
           *Nellis, et al. v. Vivid Seats LLC*

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the Defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:**  *Nellis, et al. v. Vivid Seats LLC*
> **Index Number:** 1:20-cv-02486
> **Jurisdiction:**  United States District Court, Northern District of Illinois
> **Date Settlement Filed with Court:**  March 11, 2021

In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD-ROM:

1. **28 U.S.C. § 1715(b)(1)-Complaint:**  *Class Action Complaint and Jury Demand* filed with the Court on April 23, 2020.  *First Amended Class Action Complaint and Jury Demand* filed with the Court on March 11, 2021.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:**  A telephonic hearing has been scheduled for March 18, 2021 or as soon thereafter as counsel may be heard on *Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement*.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:**  The *Emailed Notice*, *Mailed Notice* and *Published Notice* filed with the Court on March 11, 2021.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:**  The *Settlement Agreement and Release* (with Exhibits), filed with the Court on March 11, 2021. *Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement* (with Exhibits) filed with the Court on March 11, 2021, is also included on the enclosed CD-ROM.

**Notice of Class Action Settlement**
*Nellis, et al. v. Vivid Seats LLC*
Page 2 of 2

5. **28 U.S.C. § 1715(b)(6)-Final Judgment:** The Court has not issued a Final Judgment or notice of dismissal as of the date of this CAFA Notice.

6. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** The Settlement Class contains hundreds of thousands of Class Members located throughout the United States. The approximate Class Member breakdown by state/territory is included on the enclosed CD-ROM. The estimated proportional share of the Settlement benefits is not available at this time.

7. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion related to the Settlement at this time. A copy of the *[Proposed] Order Granting Preliminary Approval of Class Action Settlement* filed with the Court on March 11, 2021, is included on the enclosed CD-ROM.

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
(p) 215-563-4116
(f) 215-563-8839

**Enclosure: CD-ROM**